B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Tobin, Michael | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>FDBA Northern Realty Group, Ltd., et al | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8095 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br><br>457 Ashland Place<br>Highland Park, IL | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code: 60035 | ZIP Code |
| County of Residence or of the Principal Place of Business:<br><br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

#### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Tobin, Michael |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Tobin, Michael |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Michael Tobin

Signature of Debtor  Michael Tobin

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

May  3, 2010

Date

### Signature of Attorney*

X   /s/ Steven B. Towbin

Signature of Attorney for Debtor(s)

Steven B. Towbin (#2848546)

Printed Name of Attorney for Debtor(s)

Shaw Gussis et al

Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654

Address

312-541-0151  Fax: 312-980-3888

Telephone Number

May  3, 2010

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Michael Tobin                              Case No. _____
                               Debtor(s)          Chapter     7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Michael Tobin
                             Michael Tobin

Date:   May  3, 2010

B6D (Official Form 6D) (12/07)

In re    Michael Tobin                                                           Case No. _____
                                                    ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Audi Financial <br> PO Box 17497 <br> Baltimore, MD 21297-1497 | | H | Purchase money security interest <br><br> 2002 Audi A6 2.7T <br><br> Value $            7,155.00 | | | | 3,159.77 | 0.00 |
| Account No. <br><br> Audi Financial <br> PO Box 17497 <br> Baltimore, MD 21297-1497 | | H | 2006 <br><br> Purchase money security interest <br><br> 2006 Audi A6 4.2 <br><br> Value $           21,976.00 | | | | 25,464.40 | 3,488.40 |
| Account No. <br><br> Bank of America <br> Successor to LaSalle National Bank <br> 231 S. LaSalle <br> Chicago, IL 60604 | X | | April 6, 2010 <br> Citation to Discover Assets/08 L 10174 <br> Guarantor of loan to Northern Realty Equities, LLC, Woodland Meadows Venture, LLC., Woodland Park Associates, LLC, Lake's Edge Venture, LLC, Beverly Place, LLC.  Aggregate amount of claim is approximately: <br> Value $          Unknown | | | | 25,000,000.00 | Unknown |
| Account No. <br><br> Bank of America <br> BAC Home Loans Servicing <br> PO Box 650070 <br> Dallas, TX 75265-0070 | X | J | First mortgage <br><br> Single family residence <br> Location: 457 Ashland Place, Highland Park IL <br> Market value- $810,000 <br> Debtor's interest- $405,000 <br> Value $         810,000.00 | | | | 98,000.00 | 0.00 |

_1_   continuation sheets attached

Subtotal <br> (Total of this page)  |  25,126,624.17  |  3,488.40

B6D (Official Form 6D) (12/07) - Cont.

In re    Michael Tobin                                                      ,      Case No. _____
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | Home equity line of credit | | | | | |
| Harris Bank PO Box 6201 Carol Stream, IL 60197-6201 | X | J | Single family residence Location: 457 Ashland Place, Highland Park IL Market value- $810,000 Debtor's interest- $405,000 | | | | | |
| | | | Value $                810,000.00 | | | | 519,000.00 | 0.00 |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 519,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 25,645,624.17 | 3,488.40 |

B6E (Official Form 6E) (4/10)

.

In re    Michael Tobin                                                                ,    Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Michael Tobin_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Illinois Department of Revenue <br> 100 W. Randolph <br> Bankruptcy Section L-425 <br> Chicago, IL 60602 | | H | Estimated 2009 personal income tax liability | | | | 47,037.00 | 0.00 <br><br> 47,037.00 |
| Account No. <br><br> Internal Revenue Service <br> Mail Stop 5010 CHI <br> 230 S. Dearborn Street <br> Chicago, IL 60604 | | H | Estimated 2009 personal income tax liability | | | | 400,607.00 | 0.00 <br><br> 400,607.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 447,644.00 | 0.00 <br> 447,644.00 |
| Total <br> (Report on Summary of Schedules) | 447,644.00 | 0.00 <br> 447,644.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Michael Tobin                                         ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> 22 West Monroe Theater, LLC <br> c/o Nederlander Theatre Mgmt LLC <br> 17 N. State St., Suite 810 <br> Chicago, IL 60602 | | | | | Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> 55 Heritage LLC <br> c/o Wildman Harold <br> 225 W. Wacker, #3000 <br> Chicago, IL 60606 | | | | | Investor in Hunters Run Venture LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> 613 Trust <br> c/o Gershon Bassman <br> 6039 N. Bernard <br> Chicago, IL 60659 | | | | | Investor in Hunters Run Venture, LLC, Lake's Edge Venture, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> ADCO Management <br> c/o Paul Sheridan <br> 190 S. LaSalle Street, Suite 1700 <br> Chicago, IL 60603 | | | | | Investor in Hunters Run Venture LLC, Lake's Edge Venture, LLC, Northern Realty Investment Fund I, LLC <br> Notice purposes only | | | | 0.00 |

| | | |
|---|---|---|
| __31__ continuation sheets attached | Subtotal <br> (Total of this page) | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           S/N:23892-100407    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Alvin Doppelt<br>2296 Rand Rd.<br>Palatine, IL 60074 | | | | Lake's Edge Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Alvin Doppelt<br>c/o Paul Sheridan<br>190 S. LaSalle Street, Suite 1700<br>Chicago, IL 60603 | | | | Investor in Hunters Run Venture LLC, Lake's Edge Venture, LLC, Northern Realty Investment Fund I, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Andrea Selonick<br>13 Wendt Ave.<br>Larchmont, NY 10538 | | | | Investor in Lake's Edge Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Axis Properties, LLC<br>450 Skokie Blvd.<br>Suite 604<br>Northbrook, IL 60062 | - | | | Partner/Investor in Beverly Place LLC | | | | 0.00 |
| Account No.<br><br>Barnes & Thornburg LLP<br>Alan K. Mills<br>11 S. Meridian St<br>Indianapolis, IN 46204-3535 | - | | | Attorney - Greenwood Mill Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __1__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                    ,      Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barnes & Thornburg LLP<br>Lisa D. Updike<br>600 One Summit Square<br>Fort Wayne, IN 46802 | - | | Attorney - Greenwood Mill Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Barry Berhoff<br>2023 SW Mayflower Dr.<br>Palm City, FL 34990 | | | Investor<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Best Western International, Inc<br>6201 N. 24 Parkway<br>Phoenix, AZ 85016 | | | Hotel Franchisor - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Beverly Place, LLC<br>c/o Ben Rapal, Receiver<br>3440 S. Dearborn St.<br>Chicago, IL 60616 | - | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Brett Berhoff<br>65 E. Scott St.<br>Apt. 16H<br>Chicago, IL 60610 | | | Investor in Hunters Run Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __2__ of __31__ sheets attached to Schedule of                  Subtotal              0.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>BRK Associates, LLC<br>512 N. McClurg<br>Chicago, IL 60610 | | | Investor in Lake Park Investors I-XVIII, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Brock Jordan<br>Rubin & Levin, P.C.<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204 | | | Attorney for Lake's Edge Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Bruce Kaplan<br>512 N. McClurg Ct.<br>Unit 901<br>Chicago, IL 60611 | - | | | X | | | 0.00 |
| Account No.<br><br>Building Systems Engineering, LLC<br>1755 Park Street<br>Suite 150<br>Naperville, IL 60563 | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Canyon Johnson Urban Fund I<br>2000 Avenue of the Stars<br>11th Fl<br>Los Angeles, CA 90067 | - | | Investor/Partner State Street Associates, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. _3_ of _31_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                          , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Carlson Companies<br>701 Carlson Parkway<br>Hopkins, MN 55305 | | | | | Hotel Franchisor - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>CBL Interests Limited Partnership<br>501 Silverside Rd.<br>Suite 87 A-1<br>Wilmington, DE 19809 | | | | | Investor in Homewood Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Cendant Hotels<br>22 Sylvan Way<br>Parsippany, NJ 07054 | | | | | Hotel Franchisor - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Chevron TCI, Inc.<br>345 California Street<br>30th Floor<br>San Francisco, CA 94104 | | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Chicago CartoGraphics<br>228 S. Wabash #401<br>Chicago, IL 60604-2306 | | | | | Consultant - Northern Reatly Group, Ltd.<br>Notice purposes only | | | | 0.00 |

Sheet no. __4__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Choice Hotels International, Inc. 10750 Columbia Pike Silver Spring, MD 20901 | | | | Hotel Franchisor - Shubert Hotel Associates, LLC Notice purposes only | | | | 0.00 |
| Account No. Chuhak & Tecson, P.C. Attn: Donald J. Russ 30 S. Wacker Dr., Suite 2500 Chicago, IL 60606 | | | | Attorney - Shubert Hotel Associates, LLC Notice purposes only | | | | 0.00 |
| Account No. City of Chicago Attn: Commissioner Dept of Planning 121 N. LaSalle St., Room 1000 Chicago, IL 60602 | | | | Shubert Hotel Associates, LLC, Woodland Park Associates, LLC Notice purposes only | | | | 0.00 |
| Account No. City of Chicago Attn: Patricia Carrier, Dept of Law 121 N. LaSalle St., Room 600 Chicago, IL 60602 | | | | Shubert Hotel Associates, LLC, Woodland Park Associates, LLC Notice purposes only | | | | 0.00 |
| Account No. City View America Fund 10877 Wilshire Boulevard Suite 1200 Los Angeles, CA 90024 | X | | | Guarantor of loan to Woodland Park Associates, LLC | | X | | 2,500,000.00 |

Sheet no. _5_ of _31_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         2,500,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lender - Greenwood Mill Venture, LLC Notice purposes only | | | | |
| Column Financial, Inc. 11 Madison Avenue 5th Floor New York, NY 10010-3629 | | | | | | | 0.00 |
| Account No. | | | Lender - Greenwood Mill Venture, LLC Notice purposes only | | | | |
| Credit Suisse First Boston Mtg Capi Legal and Compliance Dept One Madison Ave. New York, NY 10010 | | | | | | | 0.00 |
| Account No. | | | Lake's Edge Venture, LLC, Woodland Meadows Venture LLC Notice purposes only | | | | |
| Dan Musinski Attn:James M. Camerson, Jr. 2723 South State Street # 400 Ann Arbor, MI 48104 | | | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| David Malkin, Esq. 950 3rd Ave 32nd Floor New York, NY 10022-0270 | | | | | | | 0.00 |
| Account No. | | | Investor for Northern Realty Investment Fund I, Woodland Meadows Venture, LLC Notice purposes only | | | | |
| David Unger c/o Midwesco, Inc. 7720 Leigh Ave. Niles, IL 60714 | | | | | | | 0.00 |

Sheet no. _6_ of _31_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor in Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Debra Conrardy Mtichell 428 N. Clinton St. Chicago, IL 60610 | | | | | | | | 0.00 |
| Account No. | | | | Attorney for The Glidden Company d/b/a ICI Paints Notice purposes only | | | | |
| DeHaan & Bach Attn: Michael B. Bach 11256 Cornell Park Dr., Suite 500 Cincinnati, OH 45242 | | | | | | | | 0.00 |
| Account No. | | | | Alleged personal liability for obligation of Woodland Park Associates, LLC | | | | |
| DLP Piper Rudnick Gray Cary US LLP Attn: Robert Goldman 203 N. LaSalle St Chicago, IL 60601 | | | | | | | X | Unknown |
| Account No. | | | | Attorney for reveiver, Jerry K. Collings | | | | |
| Douglas J. Hanoy/ Feiwell & Hannoy 251 N. Illinois St., Suite 1700 PO Box 4414 Indianapolis, IN 46204 | | - | | | | | | 0.00 |
| Account No. | | | | Mortgage Broker - Greenwood Mill Venture, LLC., Lake's Edge Venture, LLC, Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Draper and Kramer 33 W. Monroe Chicago, IL 60603 | | | | | | | | 0.00 |

Sheet no. _7__ of _31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin
_____,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Attorney - Woodland Meadows Venture, LLC, Northern Realty Equities, LLC Notice purposes only | | | | |
| Dykema Gosssett PLLC 135 S. LaSalle, # 1225 Chicago, IL 60603 | | | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Investor in Greenwood Mill Venture, LLC, Northern Realty Investment Fund I, Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Earl Liff 400 E. Ohio Apt. 2001 Chicago, IL 60611 | | | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Contractor - Beverly Place Notice purposes only | | | | |
| Edon Construction Co., Inc. Attn: Richard Jones, Jr. 77 W. Washington, # 2100 Chicago, IL 60602 | | | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Investor in Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Eric A. Nerderlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | | | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Investor in Hunters Run Venture, LLC Notice purposes only | | | | |
| Eric M. Berlinger Trust 974 Skokie Ridge Glencoe, IL 60022 | | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __8__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                              ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Investor/Partner in Shubert Hotel Associates, LLC Notice purposes only | | | | |
| First CTD, LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | | | | 0.00 |
| Account No. | | | | Hotel Manager - Shubert Hotel Associates, LLC Notice purposes only | | | | |
| First Hospitality Group, Inc. Attn: Stephen Schwartz 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | | | | 0.00 |
| Account No. | | | | Investor in Lake's Edge Venture, LLC Notice purposes only | | | | |
| Fixler Realty Investments, LLC PO  Box 25 Highland Park, IL 60035 | | | | | | | | 0.00 |
| Account No. | | | | Investor - various entities Notice purposes only | | | | |
| Gary Kaplan 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | | | | 0.00 |
| Account No. | | | | Investor in Hunters Run Venture LLC Notice purposes only | | | | |
| Gloria C. Gray 1520 Park Dr. Munster, IN 46321 | | | | | | | | 0.00 |

Sheet no. __9__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice purposes only | | | | |
| Greenwood Mill Venture, LLC c/o Dave Flaherty 8900 Keystone Crossing, Suite 1200 Indianapolis, IN 46240 | X | | | | | | | | 0.00 |
| Account No. | | | | | Contractor - Woodland Meadows Venture LLC Notice purposes only | | | | |
| H&H Heating & Cooling, Inc. 245 Jackson Industrial Dr. Suite A Ann Arbor, MI 48103 | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Hunters Run Venture, LLC Notice purposes only | | | | |
| Haag Van Buren L. P. The Monroe Group 7272 S. Alton Way Centennial, CO 80112 | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Lake Park Investors I-XVIII, LLC Notice purposes only | | | | |
| Hauck Properties, Ltd. c/o John Shore 900A Adams Crossing Cincinnati, OH 45202 | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Hunters Run Venture LLC Notice purposes only | | | | |
| Heather Berhoff 1025 N. Kingbury St. Apt. 306 Chicago, IL 60610 | | | | | | | | | 0.00 |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                                    ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | Investor for Northern Realty Investment Fund I, Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Henry Mautner c/o Midwesco, Inc. 7720 Leigh Ave. Niles, IL 60714 | | | | | | | | 0.00 |
| **Account No.** | | | | Investor in Northern Realty Investment Fund I, Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Henry Shatkin c/o Shatkin, Arbor, Karlov & Co. 141 W. Jackson Chicago, IL 60604 | | | | | | | | 0.00 |
| **Account No.** | | | | Hotel Franchisor Notice purposes only | | | | |
| Hilton Hospitality, Inc. 7930 Jones Branch Dr. Mc Lean, VA 22102 | | | | | | | | 0.00 |
| **Account No.** | | | | Hotel Franchisor Notice purposes only | | | | |
| Hilton Hotels Corporation 7930 Jones Branch Dr. Mc Lean, VA 22102 | | | | | | | | 0.00 |
| **Account No.** | | | | Consultant - Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Historic Properties 233 E. Wacker Dr. Suite 410 Chicago, IL 60601 | | | | | | | | 0.00 |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                    ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Homewood Partners, LLC c/o Michael Tobin US Equities, 20 N. Michigan Ste 400 Chicago, IL 60602 | - | | | | | | | 0.00 |
| Account No. | | | | Investor in Lake's Edge Venture, LLC, Northern Realty Investment Fund, I, Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Howard Gilbert Wildman Harrold, 225 W. Wacker Dr. Suite 2800 Chicago, IL 60606 | | | | | | | | 0.00 |
| Account No. | | | | Investor in Woodland Meadows Venture, LLC Notice purposes only | | | | |
| HRR Investments LP 875 N. Michigan Suite 2505 Chicago, IL 60611 | | | | | | | | 0.00 |
| Account No. | | | | Consultant- Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Humecki Studios 428 Division St. Crete, IL 60417 | | | | | | | | 0.00 |
| Account No. | | | | Hotel Franchisor - Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Hyatt Hotels 71 S. Wacker Dr. 16th Floor Chicago, IL 60606 | | | | | | | | 0.00 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                    ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Guarantor of  loans to Northern Realty Holdings, Inc..  Claim amount is estimated. | | | | |
| Hyde Park Bank 1525 E. 53rd Street Chicago, IL 60615 | X | H | | | | X | | 750,000.00 |
| Account No. | | | | Hotel Franchisor - Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Intercontinental Hotels Group 3 Ravinia Dr. Suite 100 Atlanta, GA 30346-2149 | | | | | | | | 0.00 |
| Account No. | | | | Investor in Greenwood Mill Venture, LLC., Hunters Run Venture, LLC Notice purposes only | | | | |
| Irving Leviton c/o Rootberg Business Services 1 S. Wacker, Suite 1800 Chicago, IL 60606 | | | | | | | | 0.00 |
| Account No. | | | | Attorney for Northern Realty Group Notice purposes only | | | | |
| James Dahl Dahl & Bonadies 30 N. LaSalle St., Suite 1500 Chicago, IL 60602 | | - | | | | | | 0.00 |
| Account No. | | | | Attorney for Greenwood Mill Venture, LLC Notice purposes only | | | | |
| James E. Carlberg Bose McKinney & Evans 111 Monument Circle Indianapolis, IN 46204 | | | | | | | | 0.00 |

Sheet no. __13__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                750,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                      ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>James L. Nederlander<br>1450 Broadway<br>6th Floor<br>New York, NY 10018 | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Jeff Gray<br>Wildman Harrold<br>225 W. Wacker Dr.<br>Chicago, IL 60606 | | | | Hunters Run Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Jenkins & Huntington, Inc.<br>737 Stone Ave.<br>LaGrange, IL 60525 | | | | Consultant - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Jenner & Block LLP<br>Attn: Donald I. Resnick, Esq.<br>One IBM Plaza<br>Chicago, IL 60611 | | | | Attorney - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>John Musso<br>c/o Shatkin, Arbor, Karlov & Co.<br>141 W. Jackson<br>Chicago, IL 60604 | | | | Investor for Northern Realty Investment Fund I, Woodland Meadows Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Joseph Mann & Creed<br>Attn: Michael R. Mulcahy<br>222 N. LaSalle #2600<br>Chicago, IL 60601 | | | | Attorney - Northern Realty Equities LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Kaiser Investments, LLC<br>70 E. Lake<br>Suite 1600<br>Chicago, IL 60601 | | | | Investor in Lake's Edge Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Kandyla, LLC<br>c/o Drake James Leoris, Jr.<br>622 Laurel<br>Highland Park, IL 60035 | - | | | Northern Realty Group, Ltd.<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Kaplan Investments, Ltd.<br>160 Valencia Circle<br>Orange, OH 44022 | | | | Investor in Lake's Edge Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Kaplan Investments, Ltd.<br>36001 Euclid Ave. C-10<br>Willoughby, OH 44094 | | | | Investor in Woodland Meadows Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __15__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin ,   Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Ken Fixler<br>Axis Properties<br>450 Dundee Road, Suite 604<br>Northbrook, IL 60062 | | | | | Investor<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Ken Lieberman<br>c/o First Hospitality Group, Inc.<br>9700 Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Kim L. McGuire<br>2724 Noyes<br>Evanston, IL 60022 | | | | | | X | | | 0.00 |
| Account No.<br><br>Koenigsberg Engineering, P.C.<br>1550 N. Lakeshore Dr.<br>Suite 17B<br>Chicago, IL 60610 | | | | | Consultant - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Lake's Edge Venture, LLC<br>c/o Herman & Kittles, Receiver<br>500 E. 96th St.<br>Indianapolis, IN 46240 | - | | | | Notice purposes only | | | | 0.00 |

Sheet no. __16__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin _____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Landmarks Preservation Cncl of IL<br>53 W Jackson Blvd<br>Suite 752<br>Chicago, IL 60604 | | | | | Facade Easement Owner - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>LaQuinta Hotels<br>LQ Management LLC<br>909 Hidden Ridge Suite 600<br>Irving, TX 75038 | | | | | Hotel Franchisor - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Laurence Amusement LLC<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | | | Investor/Partner in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Leaf Mountain Company, Inc.<br>190 S. LaSalle Street<br>Suite 1700<br>Chicago, IL 60603 | | | | | Lender - Woodland Meadows<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Lee B. Stern<br>c/o Lee B. Stern Co.<br>141 W. Jackson<br>Chicago, IL 60604 | | | | | Investor in Northern Realty Investment Fund I, Woodland Meadows Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                                        ,        Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.**<br><br>Levine Construction<br>740 Waukegan Road<br>Suite 400<br>Deerfield, IL 60015 | | | | | Contractor-Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| **Account No.**<br><br>Lieberman -Dixon, LLC<br>c/o First Hospitality Group, Inc.<br>9700 Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| **Account No.**<br><br>Lloyd Berhoff<br>2300 Sheridan Rd.<br>Highland Park, IL 60035 | | | | | Investor in Hunters Run Venture LLC<br>Notice purposes only | | | | 0.00 |
| **Account No.**<br><br>Loren Newman<br>1188 Oakridge Dr.<br>Glencoe, IL 60022 | | | | | Investor in Hunters Run Venture LLC<br>Notice purposes only | | | | 0.00 |
| **Account No.**<br><br>Louik Schneider<br>54 W. Hubbard<br>Suite 100<br>Chicago, IL 60654 | | | | | Consultant - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no.  18  of  31  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Louis Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>LR Hotel, L.L.C.<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | Investor/Partner in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Ludwig & Company<br>4081 Ryan Road<br>Gurnee, IL 60031 | | | Property Manager for Woodland Meadows Venture LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>M-Z Trust #1-6<br>c/o Paul Sheridan<br>190 S. LaSalle Street, Suite 1700<br>Chicago, IL 60603 | | | Investor in Homewood Venture LLC, Northern Realty Investment Fund I, Woodland Meadows Venture, LLC, Northern Realty Equities, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>M.P. Hotel<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | Investor/Partner in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                   , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Maddin Hauser Wartell Roth & Heller <br> 28400 Northwestern Highway <br> 3rd Floor <br> Southfield, MI 48034 | | | Woodland Meadows Venture, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Marney Dixon <br> c/o First Hospitality Group, Inc. <br> 9700 Higgins Road, Suite 810 <br> Rosemont, IL 60018 | | | Investor in Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Marriott Hotels <br> 10400 Fernwood Rd <br> Bethesda, MD 20817 | | | Hotel Franchisor - Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Michael Shields <br> 1100 Oak Hill <br> Downers Grove, IL 60515 | | | | X | | | 0.00 |
| Account No. <br><br> Midland Loan Services <br> 13355 Noel Road <br> Suite 1770 <br> Dallas, TX 75240 | | | Loan Servicer - Greenwood Mill Venture, LLC <br> Notice purposes only | | | | 0.00 |

Sheet no. _20_ of _31_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Midwest Environment Consulting <br> 513 Countryside Center <br> Yorkville, IL 60560 | | | | Contractor - Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Miller, Cooper & Co., Ltd. <br> 1751 Lake Cook Road <br> Suite 400 <br> Northbrook, IL 60062 | | | | Accountants - all entities <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Monroe Hotel, LLC c/o Lou Raizin <br> Nederlander Theatre Mgmt LLC <br> 17 N. State St., Suite 810 <br> Chicago, IL 60602 | | | | Investor in Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Monroe Presentations L.L.C. <br> Att: Louis F. Raizin <br> 17 N. State St., Suite 810 <br> Chicago, IL 60602 | | | | Business entity <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Morgan Stanley <br> Attn: Rene Kapalka <br> 20600 Chagrin Blvd., #550 <br> Chicago, OH 44122 | | | | Lenden - Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                          ,    Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No.<br><br>Morgan Stanley Capital Holdings LLC<br>Attn: Stephen Holmes<br>1221 Avenue of the Americas 27th FL<br>New York, NY 10020 | | | | Lender Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Morgan Stanley Capital Holdings LLC<br>Attn: Daniel Perlman<br>191 N. Wacker Dr., 30th Floor<br>Chicago, IL 60606 | | | | Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Nederlander Co. LLC<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | | Investor/Partner in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Nederlander Theatre Management LLC<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | | Investor/Partner in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Northern Majestic Hotel LLC<br>c/o First Hospitality Group, Inc.<br>9700 Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | Business Entity<br>Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                      ,          Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Northern Monroe Hotel Manager, LLC<br>c/o First Hospitality Group, Inc.<br>9700 West Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | Business Entity - Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Northern Shubert Hotel Assoc LLC<br>c/o First Hospitality Group, Inc.<br>9700 West Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Orix Real Estate Cap Markets LLC<br>1717 Main Street<br>12th Floor<br>Dallas, TX 75204 | | | | Loan Servicer - Greenwood Mill Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Paul S. Doppelt<br>2087 Magnolia  Lane<br>Highland Park, IL 60035 | | | | Investor in Lake's Edge Venture, LLC, Hunters Run Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Philip Haag<br>The Monroe Group<br>7272 S. Alton Way<br>Centennial, CO 80112 | | | | Invester in Hunters Run Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal

(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                    , Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investor in Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Phyllis Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | | | | 0.00 |
| Account No. | | | | Investor in Hunters Run Venture LLC Notice purposes only | | | | |
| Plein Family Partnership 3285 Monitor Lane Long Grove, IL 60047 | | | | | | | | 0.00 |
| Account No. | | | | Hotel Franchisor - Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Promus Hotels, Inc. 755 Crossover Ln. Memphis, TN 38117 | | | | | | | | 0.00 |
| Account No. | | | | Investor in Shubert Hotel Associates, LLC Notice purposes only | | | | |
| R. Wayne Nederlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Resident Utility Billing Systems LL % Michael Tobin 20 N. Michigan, Suite 400 Chicago, IL 60602 | | - | | | | | | 0.00 |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin
                                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | Contractor - Woodland Meadows Venture LLC Notice purposes only | | | | |
| RGL Construction 4081 Ryan Road Gurnee, IL 60031 | | | | | | | | | 0.00 |
| **Account No.** | | | | | Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Richard C. Jones, Jr. Attn: James W. McConkey 10 S. Wacker, # 2300 Chicago, IL 60606 | | | | | | | | | 0.00 |
| **Account No.** | | | | | Attorney for Woodland Meadows Venture, LLC Notice purposes only | | | | |
| Richard Sundquist Clark Hill PLC 500 Woodward Avenue, Suite 3500 Detroit, MI 48226 | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor in Hunters Run Venture, LLC, Lake's Edge Venture, LLC, Notice purposes only | | | | |
| Robert Doppelt Qsst Trust 2296 Rand Rd. Palatine, IL 60074 | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor | | | | |
| Robert L. Sabin 1751 Lake Cook Road, Suite 400 Deerfield, Il 60015-5286 | - | | | | | | | | 0.00 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                              ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Robert Nederlander, Jr.<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Robert Nederlander, Sr.<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Robert Wilneff Revocable Trust<br>c/o Rootberg Business Services<br>1 S. Wacker<br>Chicago, IL 60606 | | | | Investor in Greenwood Mill Venture, LLC, Hunters Run Venture LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Ron Gertzman<br>205 W. Randolph<br>Suite 401<br>Chicago, IL 60606 | - | | | Attorney for Woodland Park, Northern Realty Equities, Beverly Place, and others<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Ross Economy<br>c/o Drake James Leoris, Jr.<br>622 Laurel<br>Highland Park, IL 60035 | - | | | Northern Realty Group, Ltd.<br>Notice purposes only | | | | 0.00 |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin _____,    Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rudolph Lederer<br>3848 N.W. Vardon Place<br>Portland, OR 97229 | | | | Investor in Hunters Run Venture, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Scott E. Nederlander<br>c/o Lou Raizin<br>17 N. State St., Suite 810<br>Chicago, IL 60602 | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Scott Rogers<br>45 W. Polk #567<br>Chicago, IL 60605 | | | | Investor in Woodland Meadows Manager, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Shubert Hotel Associates LLC<br>c/o First Hospitality Group, Inc.<br>9700 Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | Business entity<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>SLS Westcoast Trust<br>c/o First Hospitality Group, Inc.<br>9700 Higgins Road, Suite 810<br>Rosemont, IL 60018 | | | | Investor in Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __27__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** SMS, LLC c/o Tom Schaffer BW Phillips, 17450 Halsted Chicago, IL | | | | Investor in Lake Park Investors I-XVIII, LLC Notice purposes only | | | | 0.00 |
| **Account No.** Starwood Hotels 1111 Westchester Ave West Harrison, NY 10604 | | | | Hotel Franchisor - Shubert Hotel Associates, LLC Notice purposes only | | | | 0.00 |
| **Account No.** Stephen Schwartz c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | Investor in Shubert Hotel Associates, LLC Notice purposes only | | | | 0.00 |
| **Account No.** Sutker, LLC C/o Scott Peltz/RSM McGladrey One South Wacker Chicago, IL 60606 | - | | | Investor in Lake Park Village/ Dover Park | | | | 0.00 |
| **Account No.** The Private Bank Jones & Jacobs 77 W. Washington, # 2100 Chicago, IL 60602 | | | | Corporate Banking Relationship Notice purposes only | | | | 0.00 |

Sheet no. __28__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Tobin                                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>The Sherwin Williams Company<br>101 Prospect Ave. N.W.<br>Cleveland, OH 44115-1075 | | | | | Shubert Hotel Associates, LLC<br>Notice purposes only | | | | 0.00 |
| Account No.<br><br>Thomas Schaffer<br>BW Phillips<br>17450 Halsted<br>Homewood, IL | | | | | Investor in Lake's Edge Venture, LLC, Hunters Run Venture, LLC, Greenwood Mill Venture, LLC., Lake's Edge Partners, LLC., Hunter's Run Partners, LLC, Dover Park, Inc., Lake Park Investors I-VIII, LLC, Tinley Park Partners, LLC, Tinley Park | | | | 0.00 |
| Account No.<br><br>Tinley Park Office Center LLC<br>c/o Michael Tobin<br>US Equities, 20 N. Michigan, # 400<br>Chicago, IL 60602 | | | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Tinley Park Office Partners, LLC<br>c/o Michael Tobin<br>US Equities, 20 N. Michigan, # 400<br>Chicago, IL 60602 | | | | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>Valencia Real Estate LLC<br>c/o Gary Kaplan<br>36001 Euclid Ave. C-10<br>Willoughby, OH 44094 | | | | | Investor in Homewood Venture LLC, Hunters Run Venture, LLC<br>Notice purposes only | | | | 0.00 |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin                                                ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Vedder Price. P.C. <br> Attn: Brian K. Doyle <br> 203 N. LaSalle, # 1900 <br> Chicago, IL 60601 | | | Attorney - Woodland Meadows Venture, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Wells Fargo Bank <br> Successor by Merger <br> 11000 Broken Land Parkway <br> Columbia, MD 21044 | | | Lender - Greenwood Mill Venture, LLC, Hunters Run Venture, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Wildman Harrold Allen & Dixon LLP <br> 225 W. Wacker <br> Suite 3000 <br> Chicago, IL 60606 | | | Attorney - all entities <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> William Selonick <br> 818 Clinton Ave. <br> Evanston, IL 60201 | | | Investor in Lake's Edge Venture, LLC <br> Notice purposes only | | | | 0.00 |
| Account No. <br><br> Windy City Broadway, LLC <br> Broadway In Chicago Attn Lou Raizin <br> 17 N. State St., Suite 810 <br> Chicago, IL 60602 | | | Investor in Shubert Hotel Associates, LLC <br> Notice purposes only | | | | 0.00 |

Sheet no. __30__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael Tobin _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Notice purposes only | | | | |
| Woodland Meadows Venture LLC c/o Marquette Property Management 175 Highpoint Dr. Romeoville, IL 60446-3802 | | | | | | | | 0.00 |
| Account No. | | - | | Notice purposes only | | | | |
| Woodland Park Associates c/o Bob Symanski, Receiver PO Box 60670 Chicago, IL 60660 | | | | | | | | 0.00 |
| Account No. | | | | Hotel Franchisor - Shubert Hotel Associates, LLC Notice purposes only | | | | |
| Wyndham Hotels 1950 Stemmons Freeway # 6001 Dallas, TX 75207 | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __31__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 3,250,000.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Michael Tobin                                           Case No.
                                    Debtor(s)              Chapter      7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___50___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    May  3, 2010                          Signature    /s/ Michael Tobin

                                                         Michael Tobin
                                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Michael Tobin                                      Case No. _____

                                  Debtor(s)              Chapter   7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Michael Tobin | X  /s/ Michael Tobin | May 3, 2010 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known)  _____ | X _____ |  |
|---|---|---|
|  | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Michael Tobin
                                                            Case No.
                                    Debtor(s)               Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 177


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Date:   May  3, 2010                        /s/ Michael Tobin
                                            Michael Tobin
                                            Signature of Debtor

22 West Monroe Theater, LLC
c/o Nederlander Theatre Mgmt LLC
17 N. State St., Suite 810
Chicago, IL 60602


55 Heritage LLC
c/o Wildman Harold
225 W. Wacker, #3000
Chicago, IL 60606


613 Trust
c/o Gershon Bassman
6039 N. Bernard
Chicago, IL 60659


ADCO Management
c/o Paul Sheridan
190 S. LaSalle Street, Suite 1700
Chicago, IL 60603


Alvin Doppelt
2296 Rand Rd.
Palatine, IL 60074


Alvin Doppelt
c/o Paul Sheridan
190 S. LaSalle Street, Suite 1700
Chicago, IL 60603


Andrea Selonick
13 Wendt Ave.
Larchmont, NY 10538


Audi Financial
PO Box 17497
Baltimore, MD 21297-1497


Axis Properties, LLC
450 Skokie Blvd.
Suite 604
Northbrook, IL 60062


Bank of America
Successor to LaSalle National Bank
231 S. LaSalle
Chicago, IL 60604

Bank of America
BAC Home Loans Servicing
PO Box 650070
Dallas, TX 75265-0070


Bank of America
100 North Tryon St.
Charlotte, NC 28255


Barnes & Thornburg LLP
Alan K. Mills
11 S. Meridian St
Indianapolis, IN 46204-3535


Barnes & Thornburg LLP
Lisa D. Updike
600 One Summit Square
Fort Wayne, IN 46802


Barnes & Thornburg, LLP
Attn: Paula Jacobi
One North Wacker Drive Suite 4400
Chicago, IL 60606


Barry Berhoff
2023 SW Mayflower Dr.
Palm City, FL 34990


Best Western International, Inc
6201 N. 24 Parkway
Phoenix, AZ 85016


Beverly Place, LLC
c/o Ben Rapal, Receiver
3440 S. Dearborn St.
Chicago, IL 60616


Brett Berhoff
65 E. Scott St.
Apt. 16H
Chicago, IL 60610


BRK Associates, LLC
512 N. McClurg
Chicago, IL 60610

Brock Jordan
Rubin & Levin, P.C.
342 Massachusetts Avenue
Indianapolis, IN 46204


Bruce Kaplan
512 N. McClurg Ct.
Unit 901
Chicago, IL 60611


Bruce Kaplan
505 Carlisle Ave
Deerfield, IL 60015


Building Systems Engineering, LLC
1755 Park Street
Suite 150
Naperville, IL 60563


Canyon Johnson Urban Fund I
2000 Avenue of the Stars
11th Fl
Los Angeles, CA 90067


Carlson Companies
701 Carlson Parkway
Hopkins, MN 55305


CBL Interests Limited Partnership
501 Silverside Rd.
Suite 87 A-1
Wilmington, DE 19809


Cendant Hotels
22 Sylvan Way
Parsippany, NJ 07054


Chevron TCI, Inc.
345 California Street
30th Floor
San Francisco, CA 94104


Chevron, TCI, Inc.
c/o William F. Machen, Holland &
Knight LLP, 10 St. James Ave.
Boston, MA 02116

Chicago CartoGraphics
228 S. Wabash #401
Chicago, IL 60604-2306


Choice Hotels International, Inc.
10750 Columbia Pike
Silver Spring, MD 20901


Chuhak & Tecson, P.C.
Attn: Donald J. Russ
30 S. Wacker Dr., Suite 2500
Chicago, IL 60606


City of Chicago
Attn: Commissioner Dept of Planning
121 N. LaSalle St., Room 1000
Chicago, IL 60602


City of Chicago
Attn: Patricia Carrier, Dept of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602


City View America Fund
10877 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90024


Column Financial, Inc.
11 Madison Avenue
5th Floor
New York, NY 10010-3629


Credit Suisse First Boston Mtg Capi
Legal and Compliance Dept
One Madison Ave.
New York, NY 10010


Dan Musinski
Attn:James M. Camerson, Jr.
2723 South State Street # 400
Ann Arbor, MI 48104

David Malkin, Esq.
950 3rd Ave
32nd Floor
New York, NY 10022-0270


David Unger
c/o Midwesco, Inc.
7720 Leigh Ave.
Niles, IL 60714


Debra Conrardy Mtichell
428 N. Clinton St.
Chicago, IL 60610


DeHaan & Bach
Attn: Michael B. Bach
11256 Cornell Park Dr., Suite 500
Cincinnati, OH 45242


DLP Piper Rudnick Gray Cary US LLP
Attn: Robert Goldman
203 N. LaSalle St
Chicago, IL 60601


Donohue Brown Mathewson
140 S. Dearborn St.
#700
Chicago, IL 60603


Douglas J. Hanoy/ Feiwell & Hannoy
251 N. Illinois St., Suite 1700
PO Box 4414
Indianapolis, IN 46204


Draper and Kramer
33 W. Monroe
Chicago, IL 60603


Dykema Gossett PLLC
2723 S. State Street
Suite 400
Ann Arbor, MI 48104


Dykema Gosssett PLLC
135 S. LaSalle, # 1225
Chicago, IL 60603

Earl Liff
400 E. Ohio
Apt. 2001
Chicago, IL 60611


Edon Construction Co., Inc.
Attn: Richard Jones, Jr.
77 W. Washington, # 2100
Chicago, IL 60602


Eric A. Nerderlander
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Eric M. Berlinger Trust
974 Skokie Ridge
Glencoe, IL 60022


First CTD, LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


First Hospitality Group, Inc.
Attn: Stephen Schwartz
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Fixler Realty Investments, LLC
PO Box 25
Highland Park, IL 60035


Gary Kaplan
36001 Euclid Ave. C-10
Willoughby, OH 44094


Gina B. Krol
Cohen & Krol
105 W. Madison St., #1100
Chicago, IL 60602


Gloria C. Gray
1520 Park Dr.
Munster, IN 46321

Greenwood Mill Venture, LLC
c/o Dave Flaherty
8900 Keystone Crossing, Suite 1200
Indianapolis, IN 46240


H&H Heating & Cooling, Inc.
245 Jackson Industrial Dr.
Suite A
Ann Arbor, MI 48103


Haag Van Buren L. P.
The Monroe Group
7272 S. Alton Way
Centennial, CO 80112


Harris Bank
PO Box 6201
Carol Stream, IL 60197-6201


Hauck Properties, Ltd.
c/o John Shore
900A Adams Crossing
Cincinnati, OH 45202


Heather Berhoff
1025 N. Kingbury St.
Apt. 306
Chicago, IL 60610


Henry Mautner
c/o Midwesco, Inc.
7720 Leigh Ave.
Niles, IL 60714


Henry Shatkin
c/o Shatkin, Arbor, Karlov & Co.
141 W. Jackson
Chicago, IL 60604


Hilton Hospitality, Inc.
7930 Jones Branch Dr.
Mc Lean, VA 22102


Hilton Hotels Corporation
7930 Jones Branch Dr.
Mc Lean, VA 22102

Historic Properties
233 E. Wacker Dr.
Suite 410
Chicago, IL 60601


Homewood Partners, LLC
c/o Michael Tobin
US Equities, 20 N. Michigan Ste 400
Chicago, IL 60602


Howard Gilbert
Wildman Harrold, 225 W. Wacker Dr.
Suite 2800
Chicago, IL 60606


HRR Investments LP
875 N. Michigan
Suite 2505
Chicago, IL 60611


Humecki Studios
428 Division St.
Crete, IL 60417


Hyatt Hotels
71 S. Wacker Dr.
16th Floor
Chicago, IL 60606


Hyde Park Bank
1525 E. 53rd Street
Chicago, IL 60615


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Intercontinental Hotels Group
3 Ravinia Dr.
Suite 100
Atlanta, GA 30346-2149

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Irving Leviton
c/o Rootberg Business Services
1 S. Wacker, Suite 1800
Chicago, IL 60606


James Dahl
Dahl & Bonadies
30 N. LaSalle St., Suite 1500
Chicago, IL 60602


James Dalh
Dahl & Bonadies
30 N. LaSalle St., Suite 1500
Chicago, IL 60602


James E. Carlberg
Bose McKinney & Evans
111 Monument Circle
Indianapolis, IN 46204


James L. Nederlander
1450 Broadway
6th Floor
New York, NY 10018


Jeff Gray
Wildman Harrold
225 W. Wacker Dr.
Chicago, IL 60606


Jenkins & Huntington, Inc.
737 Stone Ave.
LaGrange, IL 60525


Jenner & Block LLP
Attn: Donald I. Resnick, Esq.
One IBM Plaza
Chicago, IL 60611

John Musso
c/o Shatkin, Arbor, Karlov & Co.
141 W. Jackson
Chicago, IL 60604


Joseph Mann &  Creed
Attn: Michael R. Mulcahy
222 N. LaSalle #2600
Chicago, IL 60601


Kaiser Investments, LLC
70 E. Lake
Suite 1600
Chicago, IL 60601


Kandyla, LLC
c/o Drake James Leoris, Jr.
622 Laurel
Highland Park, IL 60035


Kaplan Investments, Ltd.
160 Valencia Circle
Orange, OH 44022


Kaplan Investments, Ltd.
36001 Euclid Ave. C-10
Willoughby, OH 44094


Ken Fixler
Axis Properties
450 Dundee Road, Suite 604
Northbrook, IL 60062


Ken Lieberman
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Kim L. McGuire
2724 Noyes
Evanston, IL 60022


Koenigsberg Engineering, P.C.
1550 N. Lakeshore Dr.
Suite 17B
Chicago, IL 60610

Lake's Edge Venture, LLC
c/o Herman & Kittles, Receiver
500 E. 96th St.
Indianapolis, IN 46240


Landmarks Preservation Cncl of IL
53 W Jackson Blvd
Suite 752
Chicago, IL 60604


LaQuinta Hotels
LQ Management LLC
909 Hidden Ridge Suite 600
Irving, TX 75038


Laurence Amusement LLC
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Leaf Mountain Company, Inc.
190 S. LaSalle Street
Suite 1700
Chicago, IL 60603


Lee B. Stern
c/o Lee B. Stern Co.
141 W. Jackson
Chicago, IL 60604


Levenfeld Pearlstein, LLC
Attn: Steven Bright
2 N. Lasalle, Suite 1300
Chicago, IL 60602


Levine Construction
740 Waukegan Road
Suite 400
Deerfield, IL 60015


Lieberman -Dixon, LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018

Lloyd Berhoff
2300 Sheridan Rd.
Highland Park, IL 60035


Loren Newman
1188 Oakridge Dr.
Glencoe, IL 60022


Louik Schneider
54 W. Hubbard
Suite 100
Chicago, IL 60654


Louis Raizin
17 N. State St., Suite 810
Chicago, IL 60602


LR Hotel, L.L.C.
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Ludwig & Company
4081 Ryan Road
Gurnee, IL 60031


M-Z Trust #1-6
c/o Paul Sheridan
190 S. LaSalle Street, Suite 1700
Chicago, IL 60603


M.P. Hotel
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Maddin Hauser Wartell Roth & Heller
28400 Northwestern Highway
3rd Floor
Southfield, MI 48034


Mark A. Stern, Honigman Miller
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

Marney Dixon
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Marriott Hotels
10400 Fernwood Rd
Bethesda, MD 20817


Michael Shields
1100 Oak Hill
Downers Grove, IL 60515


Midland Loan Services
13355 Noel Road
Suite 1770
Dallas, TX 75240


Midwest Environment Consulting
513 Countryside Center
Yorkville, IL 60560


Miller, Cooper & Co., Ltd.
1751 Lake Cook Road
Suite 400
Northbrook, IL 60062


Monroe Hotel, LLC c/o Lou Raizin
Nederlander Theatre Mgmt LLC
17 N. State St., Suite 810
Chicago, IL 60602


Monroe Presentations L.L.C.
Att: Louis F. Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Morgan Stanley
Attn: Rene Kapalka
20600 Chagrin Blvd., #550
Chicago, OH 44122


Morgan Stanley Capital Holdings LLC
Attn: Stephen Holmes
1221 Avenue of the Americas 27th FL
New York, NY 10020

Morgan Stanley Capital Holdings LLC
Attn: Daniel Perlman
191 N. Wacker Dr., 30th Floor
Chicago, IL 60606


Nancy Tobin
457 Ashland Place
Highland Park, IL 60035


Nederlander Co. LLC
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Nederlander Theatre Management LLC
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Northern Majestic Hotel LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Northern Monroe Hotel Manager, LLC
c/o First Hospitality Group, Inc.
9700 West Higgins Road, Suite 810
Rosemont, IL 60018


Northern Realty Holdings, Inc.
c/o US Equities
20 N. Michigan, Suite 400
Chicago, IL 60602


Northern Shubert Hotel Assoc LLC
c/o First Hospitality Group, Inc.
9700 West Higgins Road, Suite 810
Rosemont, IL 60018


Orix Real Estate Cap Markets LLC
1717 Main Street
12th Floor
Dallas, TX 75204

Paul S. Doppelt
2087 Magnolia Lane
Highland Park, IL 60035


Philip Haag
The Monroe Group
7272 S. Alton Way
Centennial, CO 80112


Phyllis Lieberman
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Plein Family Partnership
3285 Monitor Lane
Long Grove, IL 60047


Promus Hotels, Inc.
755 Crossover Ln.
Memphis, TN 38117


R. Wayne Nederlander
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Resident Utility Billing Systems LL
% Michael Tobin
20 N. Michigan, Suite 400
Chicago, IL 60602


RGL Construction
4081 Ryan Road
Gurnee, IL 60031


Richard C. Jones, Jr.
Attn: James W. McConkey
10 S. Wacker, # 2300
Chicago, IL 60606


Richard Sundquist
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226

Robert Doppelt
Qsst Trust
2296 Rand Rd.
Palatine, IL 60074


Robert L. Sabin
1751 Lake Cook Road, Suite 400
Deerfield, Il 60015-5286


Robert Nederlander, Jr.
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Robert Nederlander, Sr.
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Robert Wilneff Revocable Trust
c/o Rootberg Business Services
1 S. Wacker
Chicago, IL 60606


Ron Gertzman
205 W. Randolph
Suite 401
Chicago, IL 60606


Ross Economy
c/o Drake James Leoris, Jr.
622 Laurel
Highland Park, IL 60035


Rudolph Lederer
3848 N.W. Vardon Place
Portland, OR 97229


Scott E. Nederlander
c/o Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602


Scott Rogers
45 W. Polk #567
Chicago, IL 60605

Shubert Hotel Associates LLC
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


SLS Westcoast Trust
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


SMS, LLC
c/o Tom Schaffer
BW Phillips, 17450 Halsted
Chicago, IL


Starwood Hotels
1111 Westchester Ave
West Harrison, NY 10604


Stephen Schwartz
c/o First Hospitality Group, Inc.
9700 Higgins Road, Suite 810
Rosemont, IL 60018


Sutker, LLC
C/o Scott Peltz/RSM McGladrey
One South Wacker
Chicago, IL 60606


The Private Bank
Jones & Jacobs
77 W. Washington, # 2100
Chicago, IL 60602


The Sherwin Williams Company
101 Prospect Ave. N.W.
Cleveland, OH 44115-1075


Thomas Schaffer
BW Phillips
17450 Halsted
Homewood, IL

Tinley Park Office Center LLC
c/o Michael Tobin
US Equities, 20 N. Michigan, # 400
Chicago, IL 60602


Tinley Park Office Partners, LLC
c/o Michael Tobin
US Equities, 20 N. Michigan, # 400
Chicago, IL 60602


Valencia Real Estate LLC
c/o Gary Kaplan
36001 Euclid Ave. C-10
Willoughby, OH 44094


Vedder Price Kaufmann & Kammholz PC
222 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1003


Vedder Price. P.C.
Attn: Brian K. Doyle
203 N. LaSalle, # 1900
Chicago, IL 60601


Wells Fargo Bank
Successor by Merger
11000 Broken Land Parkway
Columbia, MD 21044


Wildman Harrold Allen & Dixon LLP
225 W. Wacker
Suite 3000
Chicago, IL 60606


William Selonick
818 Clinton Ave.
Evanston, IL 60201


Windy City Broadway, LLC
Broadway In Chicago Attn Lou Raizin
17 N. State St., Suite 810
Chicago, IL 60602

Woodland Meadows Venture LLC
c/o Marquette Property Management
175 Highpoint Dr.
Romeoville, IL 60446-3802


Woodland Meadows Venture LLC
c/o Michael Tobin
US Equities, 20 N. Michigan, # 400
Chicago, IL 60602


Woodland Park Associates
c/o Bob Symanski, Receiver
PO Box 60670
Chicago, IL 60660


Wyndham Hotels
1950 Stemmons Freeway # 6001
Dallas, TX 75207