**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: TOBIN, MICHAEL § | Case No. 10-20074 |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 03, 2010. The undersigned trustee was appointed on May 03, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        485,146.11

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 41,402.96 |
| Bank service fees | 18,677.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]        $        425,065.90

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/16/2011 and the deadline for filing governmental claims was 10/30/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a) the maximum compensation allowable to the trustee is $27,507.31. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $27,507.31, for a total compensation of $27,507.31.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/11/2013        By: /s/ILENE F. GOLDSTEIN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-20074  
Case Name: TOBIN, MICHAEL  
Period Ending: 12/11/13  

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 05/03/10 (f)  
§341(a) Meeting Date: 06/21/10  
Claims Bar Date: 03/16/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Single family residence, Location: 457 Ashland P<br>    Orig. Asset Memo: Orig. Description: Single family residence, Location: 457 Ashland Place, Highland Park IL, Market value- $810,000, Debtor's interest- $405,000; Imported from original petition Doc# 10 | 810,000.00 | 810,000.00 | | 0.00 | FA |
| 2  CASH ON HAND<br>    Orig. Asset Memo: Orig. Description: Location: 457 Ashland Place, Highland Park IL; Imported from original petition Doc# 10 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Joint checking account (balance of $35.84)<br>    Orig. Asset Memo: Orig. Description: Joint checking account (balance of $35.84); Imported from original petition Doc# 10 | 17.97 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHINGS<br>    Orig. Asset Memo: Orig. Description: Location: 457 Ashland Place, Highland Park IL Appraised by RMC Industrial Sales at $3,770; Imported from original petition Doc# 10 | 1,785.00 | 0.00 | | 0.00 | FA |
| 5  BOOKS AND ART OBJECTS<br>    Orig. Asset Memo: Orig. Description: Location: 457 Ashland Place, Highland Park IL; Imported from original petition Doc# 10 | 1,000.00 | 662.55 | | 0.00 | FA |
| 6  WEARING APPAREL AND JEWELRY<br>    Orig. Asset Memo: Orig. Description: Ordinary assortment of men's wearing apparel Location: 457 Ashland Place, Highland Park IL; Imported from original petition Doc# 10 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7  WEARING APPAREL AND JEWELRY<br>    Orig. Asset Memo: Orig. Description: Men's watch and wedding ring; Imported from original petition Doc# 10 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8  Retirement Accounts IRA account at Merrill Lynch<br>    Orig. Asset Memo: Orig. Description: IRA account at Merrill Lynch; Imported from original petition Doc# 10 | 172,000.00 | 0.00 | | 0.00 | FA |
| 9  Retirement Account: Northern Realty Group, Ltd.<br>    Orig. Asset Memo: Orig. Description: Vested interest in Northern Realty Group, Ltd. Profit Sharing Plan; Imported from original petition Doc# 10 | 91,445.00 | 91,445.00 | | 22,582.42 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-20074 | Trustee: | (330290) | ILENE F. GOLDSTEIN |
| Case Name: | TOBIN, MICHAEL | Filed (f) or Converted (c): | 05/03/10 (f) | |
| | | §341(a) Meeting Date: | 06/21/10 | |
| Period Ending: | 12/11/13 | Claims Bar Date: | 03/16/11 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | PENSION PLANS AND PROFIT SHARING: Merrill Lynch<br>   Orig. Asset Memo: Orig. Description: 401(k) plan account held by Merrill Lynch; Imported from original petition Doc# 10 | 12,296.00 | 0.00 | | 0.00 | FA |
| 11 | STOCK AND BUSINESS INTERESTS; 43.45% interest in<br>   Orig. Asset Memo: Orig. Description: 43.45% interest in Lake Club Associates, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS; 30% interest in Do<br>   Orig. Asset Memo: Orig. Description: 30% interest in Dover Park, Inc.; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | STOCK AND BUSINESS INTERESTS; 5.83% interest in<br>   Orig. Asset Memo: Orig. Description: 5.83% interest in Lake's Edge Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | STOCK AND BUSINESS INTERESTS; 35% interest in La<br>   Orig. Asset Memo: Orig. Description: 35% interest in Lake's Edge Partners, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | STOCK AND BUSINESS INTERESTS; 2% interest in Gre<br>   Orig. Asset Memo: Orig. Description: 2% interest in Greenwood Mill Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | STOCK AND BUSINESS INTERESTS; 0.46% interest in<br>   Orig. Asset Memo: Orig. Description: 0.46% interest in Hunters Run Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | STOCK AND BUSINESS INTERESTS; 30% interest in Hu<br>   Orig. Asset Memo: Orig. Description: 30% interest in | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-20074  
Case Name: TOBIN, MICHAEL  

Period Ending: 12/11/13

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 05/03/10 (f)  
§341(a) Meeting Date: 06/21/10  
Claims Bar Date: 03/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Hunters Run Partners, LLC; Imported from original petition Doc# 10 |  |  |  |  |  |
| 18 | STOCK AND BUSINESS INTERESTS; 32.5% interest in<br>  Orig. Asset Memo: Orig. Description: 32.5% interest in Northern Realty Equities, LLC (Entitled to future distributions from Shubert Hotel sale escrows); Imported from original petition Doc# 10 | 29,302.00 | 29,302.00 |  | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS; 29.5% interest in<br>  Orig. Asset Memo: Orig. Description: 29.5% interest in Northern Realty Group, Ltd.; Imported from original petition Doc# 10 | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | STOCK AND BUSINESS INTERESTS; 2.68% interest in<br>  Orig. Asset Memo: Orig. Description: 2.68% interest in Homewood Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 |  | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS; 32.5% interest in<br>  Orig. Asset Memo: Orig. Description: 32.5% interest in Homewood Partners, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 |  | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS; 1.62% interest in<br>  Orig. Asset Memo: Orig. Description: 1.62% interest in Tinley Park Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 |  | 0.00 | FA |
| 23 | STOCK AND BUSINESS INTERESTS; 30% interest in Ti<br>  Orig. Asset Memo: Orig. Description: 30% interest in Tinley Park Partners, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 |  | 0.00 | FA |
| 24 | STOCK AND BUSINESS INTERESTS; 0.81% interest in<br>  Orig. Asset Memo: Orig. Description: 0.81% interest in Woodland Meadows Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-20074  
Case Name: TOBIN, MICHAEL  
Period Ending: 12/11/13

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 05/03/10 (f)  
§341(a) Meeting Date: 06/21/10  
Claims Bar Date: 03/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | STOCK AND BUSINESS INTERESTS; 32.5% interest in<br>Orig. Asset Memo: Orig. Description: 32.5% interest in Woodland Meadows Manager, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | STOCK AND BUSINESS INTERESTS; 16.25% interest in<br>Orig. Asset Memo: Orig. Description: 16.25% interest in Deerfield Development Company, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | STOCK AND BUSINESS INTERESTS; 16.25% interest in<br>Orig. Asset Memo: Orig. Description: 16.25% interest in Beverly Place, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Michael Tobin Living Trust Holds bank account as<br>Orig. Asset Memo: Orig. Description: Michael Tobin Living Trust Holds bank account as sole asset; Imported from original petition Doc# 10 | 159.58 | 0.00 | | 0.00 | FA |
| 29 | 2002 Audi A6 2.7T<br>Orig. Asset Memo: Orig. Description: 2002 Audi A6 2.7T; Imported from original petition Doc# 10 | 7,155.00 | 4,755.00 | | 0.00 | FA |
| 30 | 2006 Audi A6 4.2<br>Orig. Asset Memo: Orig. Description: 2006 Audi A6 4.2; Imported from original petition Doc# 10 | 21,976.00 | 21,976.00 | | 0.00 | FA |
| 31 | Deposit with IRS for estimated 2009 and 2010 inc<br>Orig. Asset Memo: Orig. Description: Deposit with IRS for estimated 2009 and 2010 income tax liability; Imported from original petition Doc# 10. This assset has been treated in #33 and #35 below. This asset cannot be deleted so the Trustee has made her value as zero. This was listed as a deposit and not as a refund and the Trustee has now scheduled it as a refund and has received funds as evidenced in 33 below. | 401,482.00 | 0.00 | | 0.00 | FA |
| 32 | Deposit with IDR for estimated 2009 and 2010 inc<br>Orig. Asset Memo: Orig. Description: Deposit with IDR for estimated 2009 and 2010 income tax liability; | 47,689.00 | 47,689.00 | | 0.00 | FA |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-20074  
Case Name: TOBIN, MICHAEL

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 05/03/10 (f)  
§341(a) Meeting Date: 06/21/10

Period Ending: 12/11/13

Claims Bar Date: 03/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 10 | | | | | |
| 33 | 2009 Tax Refund (u) | 401,482.00 | 200,000.00 | | 223,694.50 | FA |
| 34 | 2005-2007 Tax refund (u) | 79,719.00 | 79,719.00 | | 84,124.52 | FA |
| 35 | IRS tax 2010 deposit | 2,578.12 | 2,578.12 | | 0.00 | FA |
| 36 | IDOR tax 2010 deposit | 994.25 | 994.25 | | 0.00 | FA |
| 37 | Tax Refund--Non Debtor Wife's Claim | 0.00 | 0.00 | | 154,686.91 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 57.76 | Unknown |
| 38 | Assets    Totals (Excluding unknown values) | $2,084,280.92 | $1,289,120.92 | | $485,146.11 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE HAS PURSUED CERTAIN TAX ASSETS WITH THE DEBTOR AND HAS BEEN SUCCESSFUL.  IN ADDITION CERTAIN INTERESTS IN REAL ESTATE ARE BEING LIQUIDATED THAT ARE YIELDING FUNDS.  THE TRUSTEE IS IN THE MIDDLE OF HER LIQUIDATION OF ASSETS.

THE TRUSTEE HAS RESOLVED TAX REFUND ISSUES WITH THE NONDEBTOR SPOUSE.  SHE IS WORKING ON RESOLVING TAX CLAIMS AGAINST THE ESTATE.

THE TRUSTEE EXPECTS TO CLOSE THIS CASE BY DECEMBER 31, 2013.

Initial Projected Date Of Final Report (TFR):    December 31, 2012      Current Projected Date Of Final Report (TFR):    December 31, 2013

Printed: 12/11/2013 10:20 PM     V.13.13

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 10-20074
Case Name: TOBIN, MICHAEL

Taxpayer ID #: **-***5241
Period Ending: 12/11/13

Trustee: ILENE F. GOLDSTEIN (330290)
Bank Name: The Bank of New York Mellon
Account: 9200-******32-65 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/10 | {9} | Northern Realty Equities LLC | Payment of Monies held in Escrow | 1129-000 | 13,000.00 | | 13,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 13,000.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,000.12 |
| 11/29/10 | {33} | Michael Tobin | Tax Refund | 1224-000 | 200,347.00 | | 213,347.12 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 213,347.39 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.43 | | 213,352.82 |
| 01/07/11 | {33} | Tobin-IDOR | Tax Refund | 1224-000 | 23,347.50 | | 236,700.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.85 | | 236,706.17 |
| 02/04/11 | {9} | Northern Realty Equities | Funds received on LLC Interest | 1129-000 | 9,582.42 | | 246,288.59 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-20074, Bond Premium<br>Voided on 02/04/11 | 2300-000 | | ! 649.06 | 245,639.53 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-20074, Bond Premium<br>Voided: check issued on 02/04/11 | 2300-000 | | ! -649.06 | 246,288.59 |
| 02/04/11 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-20074, Bond Premiums | 2300-000 | | 245.54 | 246,043.05 |
| 02/22/11 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Fees | 3110-000 | | 18,900.00 | 227,143.05 |
| 02/22/11 | 1004 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Expenses | 3120-000 | | 360.99 | 226,782.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.52 | | 226,787.58 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.77 | | 226,793.35 |
| 04/20/11 | {34} | Michael Tobin Living Trust | Tax Refund | 1224-000 | 82,816.22 | | 309,609.57 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.27 | | 309,615.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.87 | | 309,623.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.54 | | 309,626.25 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.62 | | 309,628.87 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.62 | | 309,631.49 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 721.05 | 308,910.44 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -551.39 | 309,461.83 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.53 | | 309,464.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 635.58 | 308,828.78 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.62 | | 308,831.40 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 613.43 | 308,217.97 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.52 | | 308,220.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 675.62 | 307,544.87 |

Subtotals : $329,145.69   $21,600.82

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 12/11/2013 10:20 PM   V.13.13

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-20074 |
| Case Name: | TOBIN, MICHAEL |
| Taxpayer ID #: | **-***5241 |
| Period Ending: | 12/11/13 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******32-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.61 | | 307,547.48 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 631.94 | 306,915.54 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.60 | | 306,918.14 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 670.96 | 306,247.18 |
| 02/15/12 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #10-20074, 2012-2013 Bond Premium | 2300-000 | | 290.68 | 305,956.50 |
| 02/15/12 | 1006 | Illinois Department of Revenue | Bankruptcy Estate Tax Liability | 2820-000 | | 331.00 | 305,625.50 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 606.37 | 305,019.13 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 625.03 | 304,394.10 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 602.96 | 303,791.14 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 684.85 | 303,106.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 600.41 | 302,505.88 |
| 07/17/12 | {37} | Michael/Nancy Tobin | Settlement of Tax Refund of Wife's Interest | 1124-000 | 135,455.81 | | 437,961.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 781.49 | 437,180.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 925.72 | 436,254.48 |
| 09/19/12 | {34} | IDOR written on Shaw Gussis Account | 2005 State carry Back Settlement Agreement | 1224-000 | 1,308.30 | | 437,562.78 |
| 09/25/12 | {37} | Nanct Tobin Living Trust/IDOR | Tax refund 2006-2007 | 1124-000 | 19,231.10 | | 456,793.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 837.70 | 455,956.18 |
| 10/19/12 | 1007 | Arnstein & Lehr L.L.C. | Interim Attorneys fees | 3210-000 | | 20,771.50 | 435,184.68 |
| 10/19/12 | 1008 | Arnstein & Lehr L.L.C. | Interim Expenses | 3220-000 | | 69.30 | 435,115.38 |
| 10/19/12 | 1009 | Wisconsin Department of Revenue | INCOME TAX<br>Voided on 10/19/12 | 2810-000 | | 1,014.00 | 434,101.38 |
| 10/19/12 | 1009 | Wisconsin Department of Revenue | INCOME TAX<br>Voided: check issued on 10/19/12 | 2810-000 | | -1,014.00 | 435,115.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,020.65 | 434,094.73 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 889.53 | 433,205.20 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 858.12 | 432,347.08 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 432,347.08 | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 485,146.11 | 485,146.11 |  $0.00 |
| Less: Bank Transfers | 0.00 | 432,347.08 |
| Subtotal | 485,146.11 | 52,799.03 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $485,146.11 | $52,799.03 |

{} Asset reference(s)

Printed: 12/11/2013 10:20 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-20074 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | TOBIN, MICHAEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****760065 - Checking Account |
| Taxpayer ID #: | **-***5241 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 432,347.08 | | 432,347.08 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 663.23 | 431,683.85 |
| 02/26/13 | 11010 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #10-20074, Bond Number 016026455 | 2300-000 | | 392.56 | 431,291.29 |
| 02/26/13 | 11011 | ILLINOIS DEPARTMENT OF REVENUE | Income Tax | 2820-000 | | 41.39 | 431,249.90 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 579.51 | 430,670.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 598.88 | 430,071.51 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.83 | 429,411.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 638.23 | 428,773.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 575.61 | 428,197.84 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 677.49 | 427,520.35 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.92 | 426,905.43 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.57 | 426,311.86 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 674.56 | 425,637.30 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 571.40 | 425,065.90 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 432,347.08 | 7,281.18 | $425,065.90 |
| Less: Bank Transfers | 432,347.08 | 0.00 | |
| Subtotal | 0.00 | 7,281.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $7,281.18 | |

| Net Receipts : | 485,146.11 |
|---|---|
| Net Estate : | $485,146.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******32-65 | 485,146.11 | 52,799.03 | 0.00 |
| Checking # ****760065 | 0.00 | 7,281.18 | 425,065.90 |
| | $485,146.11 | $60,080.21 | $425,065.90 |

{} Asset reference(s)                                                Printed: 12/11/2013 10:20 PM     V.13.13

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-20074
Case Name: TOBIN, MICHAEL
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 425,065.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | VW Credit, Inc. | 24,966.83 | 0.00 | 0.00 | 0.00 |
| 9 | VW Credit, Inc. | 3,167.42 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 425,065.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 27,507.31 | 0.00 | 27,507.31 |
| Attorney for Trustee, Fees - Arnstein & Lehr LLP | 23,183.00 | 20,771.50 | 2,411.50 |
| Attorney for Trustee, Expenses - Arnstein & Lehr LLP | 1,609.80 | 69.30 | 1,540.50 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 12,600.00 | 0.00 | 12,600.00 |
| Attorney for Trustee Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 31,181.00 | 18,900.00 | 12,281.00 |
| Attorney for Trustee Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 486.05 | 360.99 | 125.06 |

Total to be paid for chapter 7 administration expenses: $ 56,465.37
Remaining balance: $ 368,600.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 368,600.53

**UST Form 101-7-TFR (05/1/2011)**

Court, priority claims totaling $178,674.22 must be paid in full before any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 -3 | Department of Treasury/Internal Revenue Service | 151,693.42 | 0.00 | 151,693.42 |
| 12 -3 | Illinois Department of Revenue | 26,980.80 | 0.00 | 26,980.80 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 178,674.22 |
| Remaining balance: | $ 189,926.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,534,344.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of America Natinal Assoc | 19,577,248.22 | 0.00 | 101,773.67 |
| 1 -2 | Bank of America Natinal Assoc | 10,587,394.58 | 0.00 | 55,039.29 |
| 2 | Bank of America Natinal Assoc | 3,734,750.62 | 0.00 | 19,415.36 |
| 3 | Bank of America Natinal Assoc | 804,951.49 | 0.00 | 4,184.60 |
| 4 | Axis Properties LLC & Kenneth A Fixler | 450,000.00 | 0.00 | 2,339.36 |
| 5 | Kenneth A. Fixler, Individually | 450,000.00 | 0.00 | 2,339.36 |
| 6 | Hyde Park Bank & Trust Co | 930,000.00 | 0.00 | 4,834.67 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 189,926.31 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 200,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Kaiser Investments LLC | 200,000.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**