**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   TOBIN, MICHAEL             §     Case No. 10-20074
                                    §
                                    §
Debtor(s)                           §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **1/10/2014 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/06/2013         By:   /s/ Ilene F. Goldstein
                                      Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: TOBIN, MICHAEL § Case No. 10-20074
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 485,146.11 |
| *and approved disbursements of* | $ 60,080.21 |
| *leaving a balance on hand of* [1] | $ 425,065.90 |
| **Balance on hand:** | $ 425,065.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | VW Credit, Inc. | 24,966.83 | 0.00 | 0.00 | 0.00 |
| 9 | VW Credit, Inc. | 3,167.42 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 425,065.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 27,507.31 | 0.00 | 27,507.31 |
| Attorney for Trustee, Fees - Arnstein & Lehr LLP | 23,183.00 | 20,771.50 | 2,411.50 |
| Attorney for Trustee, Expenses - Arnstein & Lehr LLP | 1,609.80 | 69.30 | 1,540.50 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 12,600.00 | 0.00 | 12,600.00 |
| Attorney for Trustee Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 31,181.00 | 18,900.00 | 12,281.00 |
| Attorney for Trustee Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 486.05 | 360.99 | 125.06 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 56,465.37 |
| Remaining balance: | $ 368,600.53 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 368,600.53 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $178,674.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 -3 | Department of Treasury/Internal Revenue Service | 151,693.42 | 0.00 | 151,693.42 |
| 12 -3 | Illinois Department of Revenue | 26,980.80 | 0.00 | 26,980.80 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 178,674.22 |
| Remaining balance: | $ | 189,926.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,534,344.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of America Natinal Assoc | 19,577,248.22 | 0.00 | 101,773.67 |
| 1 -2 | Bank of America Natinal Assoc | 10,587,394.58 | 0.00 | 55,039.29 |
| 2 | Bank of America Natinal Assoc | 3,734,750.62 | 0.00 | 19,415.36 |
| 3 | Bank of America Natinal Assoc | 804,951.49 | 0.00 | 4,184.60 |
| 4 | Axis Properties LLC & Kenneth A Fixler | 450,000.00 | 0.00 | 2,339.36 |
| 5 | Kenneth A. Fixler, Individually | 450,000.00 | 0.00 | 2,339.36 |
| 6 | Hyde Park Bank & Trust Co | 930,000.00 | 0.00 | 4,834.67 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 189,926.31 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 200,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Kaiser Investments LLC | 200,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 10-20074-ABG
Michael Tobin                                                 Chapter 7
      Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1         User: bchavez             Page 1 of 4         Date Rcvd: Dec 13, 2013
                             Form ID: pdf006           Total Noticed: 173


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2013.
db           +Michael Tobin,   457 Ashland Place,   Highland Park, IL 60035-5025
aty          +Robert E Mckenzie,   Arnstein & Lehr,   120 S Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
15519009     +22 West Monroe Theater, LLC,   c/o Nederlander Theatre Mgmt LLC,   17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15519010     +55 Heritage LLC,   c/o Wildman Harold,   225 W. Wacker, #3000,   Chicago, IL 60606-3007
15519011     +613 Trust,   c/o Gershon Bassman,   6039 N. Bernard,   Chicago, IL 60659-3415
15519012     +ADCO Management,   c/o Paul Sheridan,   190 S. LaSalle Street, Suite 1700,
               Chicago, IL 60603-3496
15519014     +Alvin Doppelt,   c/o Paul Sheridan,   190 S. LaSalle Street, Suite 1700,   Chicago, IL 60603-3496
15519013     +Alvin Doppelt,   2296 Rand Rd.,   Palatine, IL 60074-1161
15519015     +Andrea Selonick,   13 Wendt Ave.,   Larchmont, NY 10538-2821
15519017     +Axis Properties LLC & Kenneth A Fixler,   Paula K Jacobi Esq/Barnes & Thomburg LLP,
               1 N Wacker Dr #4400,   Chicago IL 60606-2841
15519028     +BRK Associates, LLC,   512 N. McClurg,   Chicago, IL 60611-5359
15519020     +Bank of America,   100 North Tryon St.,   Charlotte, NC 28255-0001
15519019      Bank of America,   BAC Home Loans Servicing,   PO Box 650070,   Dallas, TX 75265-0070
15596427     +Bank of America,   Successor to LaSalle Natl Bk,   231 S LaSalle St,   Chicago IL 60604-1435
15519018     +Bank of America Natinal Assoc,   Gina B Krol,   Cohen & Krol,   105 W Madison St #1100,
               Chicago IL 60602-4600
15519021      Barnes & Thornburg LLP,   Alan K. Mills,   11 S. Meridian St,   Indianapolis, IN 46204-3535
15519022     +Barnes & Thornburg LLP,   Lisa D. Updike,   600 One Summit Square,   Fort Wayne, IN 46802-3146
15519023     +Barnes & Thornburg, LLP,   Attn: Paula Jacobi,   One North Wacker Drive Suite 4400,
               Chicago, IL 60606-2841
15519024     +Barry Berhoff,   2023 SW Mayflower Dr.,   Palm City, FL 34990-7537
15519025     +Best Western International, Inc,   6201 N. 24 Parkway,   Phoenix, AZ 85016-2023
15519026     +Beverly Place, LLC,   c/o Ben Rapal, Receiver,   3440 S. Dearborn St.,   Chicago, IL 60616-5074
15519027     +Brett Berhoff,   65 E. Scott St.,   Apt. 16H,   Chicago, IL 60610-5280
15519029     +Brock Jordan,   Rubin & Levin, P.C.,   342 Massachusetts Avenue,   Indianapolis, IN 46204-2161
15519031     +Bruce Kaplan,   505 Carlisle Ave,   Deerfield, IL 60015-4507
15519032     +Building Systems Engineering, LLC,   1755 Park Street,   Suite 150,   Naperville, IL 60563-4862
15519035     +CBL Interests Limited Partnership,   501 Silverside Rd.,   Suite 87 A-1,
               Wilmington, DE 19809-1374
15519033     +Canyon Johnson Urban Fund I,   2000 Avenue of the Stars,   11th Fl,   Los Angeles, CA 90067-4732
15519034     +Carlson Companies,   701 Carlson Parkway,   Hopkins, MN 55305-5240
15519036     +Cendant Hotels,   22 Sylvan Way,   Parsippany, NJ 07054-3801
15519037     +Chevron TCI, Inc.,   345 California Street,   30th Floor,   San Francisco, CA 94104-2638
15519038     +Chevron, TCI, Inc.,   c/o William F. Machen, Holland &,   Knight LLP, 10 St. James Ave.,
               Boston, MA 02116-3813
15519040     #+Choice Hotels International, Inc.,   10750 Columbia Pike,   Silver Spring, MD 20901-4402
15519041     +Chuhak & Tecson, P.C.,   Attn: Donald J. Russ,   30 S. Wacker Dr., Suite 2500,
               Chicago, IL 60606-7512
15519044     +City View America Fund,   10877 Wilshire Boulevard,   Suite 1200,   Los Angeles, CA 90024-4332
15519043     +City of Chicago,   Attn: Patricia Carrier, Dept of Law,   121 N. LaSalle St., Room 600,
               Chicago, IL 60602-1244
15519042     +City of Chicago,   Attn: Commissioner Dept of Planning,   121 N. LaSalle St., Room 1000,
               Chicago, IL 60602-1209
15519045      Column Financial, Inc.,   11 Madison Avenue,   5th Floor,   New York, NY 10010-3629
15519046     +Credit Suisse First Boston Mtg Capi,   Legal and Compliance Dept,   One Madison Ave.,
               New York, NY 10010-3603
15519052     +DLP Piper Rudnick Gray Cary US LLP,   Attn: Robert Goldman,   203 N. LaSalle St,
               Chicago, IL 60601-1225
15519047     +Dan Musinski,   Attn:James M. Camerson, Jr.,   2723 South State Street # 400,
               Ann Arbor, MI 48104-6188
15519048     +David Malkin, Esq.,   950 3rd Ave,   32nd Floor,   New York, NY 10022-2769
15519049     +David Unger,   c/o Midwesco, Inc.,   7720 Leigh Ave.,   Niles, IL 60714-3416
15519050     +Debra Conrardy Mtichell,   428 N. Clinton St.,   Chicago, IL 60654-8801
15519053     +Donohue Brown Mathewson,   140 S. Dearborn St.,   #700,   Chicago, IL 60603-5225
15519054     +Douglas J. Hanoy/ Feiwell & Hannoy,   251 N. Illinois St., Suite 1700,   PO Box 4414,
               Indianapolis, IN 46204-1944
15519055     +Draper and Kramer,   33 W. Monroe,   Chicago, IL 60603-5403
15519056     +Dykema Gossett PLLC,   2723 S. State Street,   Suite 400,   Ann Arbor, MI 48104-6188
15519057     +Dykema Gosssett PLLC,   135 S. LaSalle, # 1225,   Chicago, IL 60603-4177
15519058     +Earl Liff,   400 E. Ohio,   Apt. 2001,   Chicago, IL 60611-3325
15519059     +Edon Construction Co., Inc.,   Attn: Richard Jones, Jr.,   77 W. Washington, # 2100,
               Chicago, IL 60602-2903
15519060     +Eric A. Nerderlander,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
15519061     +Eric M. Berlinger Trust,   974 Skokie Ridge,   Glencoe, IL 60022-1468
15519062     +First CTD, LLC,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519064     +Fixler Realty Investments, LLC,   PO Box 25,   Highland Park, IL 60035-0025
15519065     +Gary Kaplan,   36001 Euclid Ave. C-10,   Willoughby, OH 44094-4643
15519066     +Gina B. Krol,   Cohen & Krol,   105 W. Madison St., #1100,   Chicago, IL 60602-4600
15519067     +Gloria C. Gray,   1520 Park Dr.,   Munster, IN 46321-2625
```

```
District/off: 0752-1           User: bchavez               Page 2 of 4                  Date Rcvd: Dec 13, 2013
                               Form ID: pdf006            Total Noticed: 173

15519068     +Greenwood Mill Venture, LLC,    c/o Dave Flaherty,    8900 Keystone Crossing, Suite 1200,
               Indianapolis, IN 46240-2136
15519069     +H&H Heating & Cooling, Inc.,    245 Jackson Industrial Dr.,    Suite A,    Ann Arbor, MI 48103-9101
15519081     +HRR Investments LP,    875 N. Michigan,    Suite 2505,    Chicago, IL 60611-1876
15519070      Haag Van Buren L. P.,    The Monroe Group,    7272 S. Alton Way,    Centennial, CO 80112
15519071      Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
15519072     +Hauck Properties, Ltd.,    c/o John Shore,    900A Adams Crossing,    Cincinnati, OH 45202-1666
15519074     +Henry Mautner,    c/o Midwesco, Inc.,    7720 Leigh Ave.,    Niles, IL 60714-3416
15519075     +Henry Shatkin,    c/o Shatkin, Arbor, Karlov & Co.,    141 W. Jackson,    Chicago, IL 60604-3123
15519076     +Hilton Hospitality, Inc.,    7930 Jones Branch Dr.,    Mc Lean, VA 22102-3388
15519077     +Hilton Hotels Corporation,    7930 Jones Branch Dr.,    Mc Lean, VA 22102-3313
15519078     +Historic Properties,    233 E. Wacker Dr.,    Suite 410,    Chicago, IL 60601-5125
15519079     +Homewood Partners, LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan Ste 400,
               Chicago, IL 60602-4828
15519080      Howard Gilbert,    Wildman Harrold, 225 W. Wacker Dr.,    Suite 2800,    Chicago, IL 60606
15519082     +Humecki Studios,    428 Division St.,    Crete, IL 60417-2957
15519083     +Hyatt Hotels,    71 S. Wacker Dr.,    16th Floor,    Chicago, IL 60606-4637
15519084     +Hyde Park Bank & Trust Co,    Jonathan P Friedland,    Levenfeld Pearlstein LLC,
               2 N LaSalle St #1300,    Chicago IL 60602-3709
15519085    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    100 W. Randolph Street,
               Bankruptcy Section L-425,    Chicago, IL 60602)
15519086     +Intercontinental Hotels Group,    3 Ravinia Dr.,    Suite 100,    Atlanta, GA 30346-2121
15519088     +Irving Leviton,    c/o Rootberg Business Services,    1 S. Wacker, Suite 1800,
               Chicago, IL 60606-4630
15519089     +James Dahl,    Dahl & Bonadies,    30 N. LaSalle St., Suite 1500,    Chicago, IL 60602-3379
15519090     +James Dalh,    Dahl & Bonadies,    30 N. LaSalle St., Suite 1500,    Chicago, IL 60602-3379
15519091     +James E. Carlberg,    Bose McKinney & Evans,    111 Monument Circle,    Indianapolis, IN 46204-2426
15519092     +James L. Nederlander,    1450 Broadway,    6th Floor,    New York, NY 10018-2260
15519093     +Jeff Gray,    Wildman Harrold,    225 W. Wacker Dr.,    Chicago, IL 60606-1349
15519094     +Jenkins & Huntington, Inc.,    737 Stone Ave.,    LaGrange, IL 60525-2725
15519095     +Jenner & Block LLP,    Attn: Donald I. Resnick, Esq.,    One IBM Plaza,    Chicago, IL 60611-7768
15519096     +John Musso,    c/o Shatkin, Arbor, Karlov & Co.,    141 W. Jackson,    Chicago, IL 60604-3123
15519097     +Joseph Mann & Creed,    Attn: Michael R. Mulcahy,    222 N. LaSalle #2600,
               Chicago, IL 60601-1104
15519098      Kaiser Investments LLC,    70 E Lake St #1600,    Chicago IL 60601-7446
15519099     +Kandyla, LLC,    c/o Drake James Leoris, Jr.,    622 Laurel,    Highland Park, IL 60035-3502
15519101     +Kaplan Investments, Ltd.,    36001 Euclid Ave. C-10,    Willoughby, OH 44094-4643
15519100     +Kaplan Investments, Ltd.,    160 Valencia Circle,    Orange, OH 44022-1562
15519102      Ken Fixler,    Axis Properties,    450 Dundee Road, Suite 604,    Northbrook, IL 60062
15650180     +Kenneth A. Fixler, Individually,    450 Skokie Blvd,    Suite 604,    Northbrook, IL 60062-7914
15519104     +Kim L. McGuire,    2724 Noyes,    Evanston, IL 60201-2072
15519105     +Koenigsberg Engineering, P.C.,    1550 N. Lakeshore Dr.,    Suite 17B,    Chicago, IL 60610-1659
15519119     +LR Hotel, L.L.C.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519108     +LaQuinta Hotels,    LQ Management LLC,    909 Hidden Ridge Suite 600,    Irving, TX 75038-3822
15519106     +Lake's Edge Venture, LLC,    c/o Herman & Kittles, Receiver,    500 E. 96th St.,
               Indianapolis, IN 46240-3765
15519107     +Landmarks Preservation Cncl of IL,    53 W Jackson Blvd,    Suite 752,    Chicago, IL 60604-3466
15519109     +Laurence Amusement LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519110     +Leaf Mountain Company, Inc.,    190 S. LaSalle Street,    Suite 1700,    Chicago, IL 60603-3496
15519111     +Lee B. Stern,    c/o Lee B. Stern Co.,    141 W. Jackson,    Chicago, IL 60604-2992
15519113     +Levine Construction,    740 Waukegan Road,    Suite 400,    Deerfield, IL 60015-5503
15519114     +Lieberman -Dixon, LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519115     +Lloyd Berhoff,    2300 Sheridan Rd.,    Highland Park, IL 60035-2009
15519116     +Loren Newman,    1188 Oakridge Dr.,    Glencoe, IL 60022-1135
15519117     +Louik Schneider,    54 W. Hubbard,    Suite 100,    Chicago, IL 60654-5614
15519118     +Louis Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519120     +Ludwig & Company,    4081 Ryan Road,    Gurnee, IL 60031-1267
15519121     +M-Z Trust #1-6,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,
               Chicago, IL 60603-3496
15519122     +M.P. Hotel,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519123     +Maddin Hauser Wartell Roth & Heller,    28400 Northwestern Highway,    3rd Floor,
               Southfield, MI 48034-8348
15519124     +Mark A. Stern, Honigman Miller,    2290 First National Building,    660 Woodward Avenue,
               Detroit, MI 48226-3516
15519126     +Marriott Hotels,    10400 Fernwood Rd,    Bethesda, MD 20817-1102
15519127     +Michael Shields,    1100 Oak Hill,    Downers Grove, IL 60515-1248
16274495     +Michagan Dept of Treasury,    POBox 30059,    Lansing MI 48909-7559
15519128     +Midland Loan Services,    13355 Noel Road,    Suite 1770,    Dallas, TX 75240-6829
15519129     +Midwest Environment Consulting,    513 Countryside Center,    Yorkville, IL 60560-1063
15519130      Miller, Cooper & Co., Ltd.,    1751 Lake Cook Road,    Suite 400,    Northbrook, IL 60062
15519131     +Monroe Hotel, LLC c/o Lou Raizin,    Nederlander Theatre Mgmt LLC,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15519132     +Monroe Presentations L.L.C.,    Att: Louis F. Raizin,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15519133     +Morgan Stanley,    Attn: Rene Kapalka,    20600 Chagrin Blvd., #550,    Chicago, OH 44122-5340
15519134     +Morgan Stanley Capital Holdings LLC,    Attn: Stephen Holmes,
               1221 Avenue of the Americas 27th FL,    New York, NY 10020-1001
```

```
District/off: 0752-1           User: bchavez               Page 3 of 4                  Date Rcvd: Dec 13, 2013
                               Form ID: pdf006            Total Noticed: 173

15519135     +Morgan Stanley Capital Holdings LLC,    Attn: Daniel Perlman,    191 N. Wacker Dr., 30th Floor,
               Chicago, IL 60606-1914
15519136     +Nancy Tobin,    457 Ashland Place,    Highland Park, IL 60035-5025
15519137     +Nederlander Co. LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519138     +Nederlander Theatre Management LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15519139     +Northern Majestic Hotel LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519140     +Northern Monroe Hotel Manager, LLC,    c/o First Hospitality Group, Inc.,
               9700 West Higgins Road, Suite 810,    Rosemont, IL 60018-4736
15519141     +Northern Realty Holdings, Inc.,    c/o US Equities,    20 N. Michigan, Suite 400,
               Chicago, IL 60602-4828
15519142     +Northern Shubert Hotel Assoc LLC,    c/o First Hospitality Group, Inc.,
               9700 West Higgins Road, Suite 810,    Rosemont, IL 60018-4736
15519143     +Orix Real Estate Cap Markets LLC,    1717 Main Street,    12th Floor,    Dallas, TX 75201-4612
15519144     +Paul S. Doppelt,    2087 Magnolia Lane,    Highland Park, IL 60035-4214
15519145      Philip Haag,    The Monroe Group,    7272 S. Alton Way,    Centennial, CO 80112
15519147     +Plein Family Partnership,    3285 Monitor Lane,    Long Grove, IL 60047-5022
15519148     +Promus Hotels, Inc.,    755 Crossover Ln.,    Memphis, TN 38117-4900
15519149     +R. Wayne Nederlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519151     +RGL Construction,    4081 Ryan Road,    Gurnee, IL 60031-1267
15519150     +Resident Utility Billing Systems LL,    % Michael Tobin,    20 N. Michigan, Suite 400,
               Chicago, IL 60602-4828
15519152     +Richard C. Jones, Jr.,    Attn: James W. McConkey,    10 S. Wacker, # 2300,
               Chicago, IL 60606-7509
15519153     +Richard Sundquist,    Clark Hill PLC,    500 Woodward Avenue, Suite 3500,    Detroit, MI 48226-3435
15519154     +Robert Doppelt,    Qsst Trust,    2296 Rand Rd.,    Palatine, IL 60074-1161
15519155      Robert L. Sabin,    1751 Lake Cook Road, Suite 400,    Deerfield, Il 60015-5286
15519156     +Robert Nederlander, Jr.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519157     +Robert Nederlander, Sr.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519158     +Robert Wilneff Revocable Trust,    c/o Rootberg Business Services,    1 S. Wacker,
               Chicago, IL 60606-4630
15519159     +Ron Gertzman,    205 W. Randolph,    Suite 401,    Chicago, IL 60606-1834
15519160     +Ross Economy,    c/o Drake James Leoris, Jr.,    622 Laurel,    Highland Park, IL 60035-3502
15519161     +Rudolph Lederer,    3848 N.W. Vardon Place,    Portland, OR 97229-0918
15519166      SMS, LLC,    c/o Tom Schaffer,    BW Phillips, 17450 Halsted,    Chicago, IL
15519162     +Scott E. Nederlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15519163      Scott Rogers,    45 W. Polk #567,    Chicago, IL 60605
15519164     +Shubert Hotel Associates LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519169     +Sutker, LLC,    C/o Scott Peltz/RSM McGladrey,    One South Wacker,    Chicago, IL 60606-4614
15519170     +The Private Bank,    Jones & Jacobs,    77 W. Washington, # 2100,    Chicago, IL 60602-2903
15519171      The Sherwin Williams Company,    101 Prospect Ave. N.W.,    Cleveland, OH 44115-1075
15519172     +Thomas Schaffer,    BW Phillips,    17450 Halsted,    Homewood, IL 60430-4560
15519173     +Tinley Park Office Center LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
               Chicago, IL 60602-4828
15519174     +Tinley Park Office Partners, LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
               Chicago, IL 60602-4828
15519175     +Valencia Real Estate LLC,    c/o Gary Kaplan,    36001 Euclid Ave. C-10,
               Willoughby, OH 44094-4643
15519176     +Vedder Price Kaufmann & Kammholz PC,    222 N. LaSalle Street, Suite 2500,
               Chicago, IL 60601-1104
15519177     +Vedder Price. P.C.,    Attn: Brian K. Doyle,    203 N. LaSalle, # 1900,    Chicago, IL 60601-1263
15519178     +Wells Fargo Bank,    Successor by Merger,    11000 Broken Land Parkway,    Columbia, MD 21044-3541
15519179     +Wildman Harrold Allen & Dixon LLP,    225 W. Wacker,    Suite 3000,    Chicago, IL 60606-3007
15519180     +William Selonick,    818 Clinton Ave.,    Evanston, IL 60201-1764
15519181     +Windy City Broadway, LLC,    Broadway In Chicago Attn Lou Raizin,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15519182      Woodland Meadows Venture LLC,    c/o Marquette Property Management,    175 Highpoint Dr.,
               Romeoville, IL 60446-3802
15519183     +Woodland Meadows Venture LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
               Chicago, IL 60602-4828
15519184     +Woodland Park Associates,    c/o Bob Symanski, Receiver,    PO Box 60670,    Chicago, IL 60660-0670
15519185     +Wyndham Hotels,    1950 Stemmons Freeway # 6001,    Dallas, TX 75207-3132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15519016      E-mail/Text: vci.bkcy@vwcredit.com Dec 14 2013 00:47:00     Audi Financial,    PO Box 17497,
               Baltimore, MD 21297-1497
19063035      E-mail/Text: cio.bncmail@irs.gov Dec 14 2013 00:46:20
               Department of Treasury- Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA  19101-7346
15519087      E-mail/Text: cio.bncmail@irs.gov Dec 14 2013 00:46:20     Department of the Treasury-IRS,
               Internal Revenue Service,    POBox 7346,    Philadelphia PA 19101-7346
15519112     +E-mail/Text: jfriedland@lplegal.com Dec 14 2013 00:46:48     Levenfeld Pearlstein, LLC,
               Attn: Steven Bright,    2 N. Lasalle, Suite 1300,    Chicago, IL 60602-3709
16934101     +E-mail/Text: vci.bkcy@vwcredit.com Dec 14 2013 00:47:00     VW Credit, Inc.,    PO BOX 829009,
               Dallas, TX 75382-9009
                                                                                               TOTAL: 5
```

```
District/off: 0752-1           User: bchavez                Page 4 of 4                  Date Rcvd: Dec 13, 2013
                               Form ID: pdf006              Total Noticed: 173
```

        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19818557*     Department of Treasury/Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA   19101-7346
15596428*    +Michael Shields,    1100 Oak Hill,    Downers Grove IL 60515-1248
15519030   ##+Bruce Kaplan,    512 N. McClurg Ct.,    Unit 901,    Chicago, IL 60611-4146
15519039    ##Chicago CartoGraphics,    228 S. Wabash #401,    Chicago, IL 60604-2306
15519051   ##+DeHaan & Bach,    Attn: Michael B. Bach,    11256 Cornell Park Dr., Suite 500,
               Cincinnati, OH 45242-1832
15519063   ##+First Hospitality Group, Inc.,    Attn: Stephen Schwartz,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519073   ##+Heather Berhoff,    1025 N. Kingbury St.,    Apt. 306,    Chicago, IL 60610-3772
15519103   ##+Ken Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519125   ##+Marney Dixon,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519146   ##+Phyllis Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519165   ##+SLS Westcoast Trust,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15519167   ##+Starwood Hotels,    1111 Westchester Ave,    West Harrison, NY 10604-3500
15519168   ##+Stephen Schwartz,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
                                                                                                TOTALS: 0, * 2, ## 11
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2013 at the address(es) listed below:
              Gina B Krol, ESQ    on behalf of Creditor    Bank of America National Association
               gkrol@cohenandkrol.com,    jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,    il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Accountant Karen L Morgen ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,    IL35@ecfcbis.com
              Kevin H Morse    on behalf of Trustee Ilene F Goldstein, ESQ khmorse@arnstein.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Debtor Michael  Tobin rfogel@shawfishman.com
              Yan Teytelman    on behalf of Creditor    Bank of America National Association yan@ytlawfirm.com,
               law_4321@yahoo.com
                                                                                                 TOTAL: 9
```