# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: TOBIN, MICHAEL § Case No. 10-20074
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN AS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,573,777.92              Assets Exempt: $192,196.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $368,600.53        Claims Discharged
                                                    Without Payment: $36,544,418.60

Total Expenses of Administration: $116,545.58

---

3) Total gross receipts of $ 485,146.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $485,146.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $28,134.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 116,545.58 | 116,545.58 | 116,545.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,806,553.18 | 178,674.22 | 178,674.22 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 36,734,344.91 | 36,734,344.91 | 189,926.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $38,685,577.92 | $37,029,564.71 | $485,146.11 |

4) This case was originally filed under Chapter 7 on May 03, 2010. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2014          By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---:|
| STOCK AND BUSINESS INTERESTS; 32.5% interest in | 1129-000 | 22,582.42 |
| 2009 Tax Refund | 1224-000 | 223,694.50 |
| 2005-2007 Tax refund | 1224-000 | 84,124.52 |
| Tax Refund--Non Debtor Wife's Claim | 1124-000 | 154,686.91 |
| Interest Income | 1270-000 | 57.76 |
| **TOTAL GROSS RECEIPTS** | | **$485,146.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 8 | VW Credit, Inc. | 4110-000 | N/A | 24,966.83 | 0.00 | 0.00 |
| 9 | VW Credit, Inc. | 4110-000 | N/A | 3,167.42 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$28,134.25** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 27,507.31 | 27,507.31 | 27,507.31 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 31,181.00 | 31,181.00 | 31,181.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 486.05 | 486.05 | 486.05 |
| Arnstein & Lehr LLP | 3210-000 | N/A | 23,183.00 | 23,183.00 | 23,183.00 |
| Arnstein & Lehr LLP | 3220-000 | N/A | 1,609.80 | 1,609.80 | 1,609.80 |
| PBG Financial Services Inc | 3410-000 | N/A | 12,600.00 | 12,600.00 | 12,600.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 245.54 | 245.54 | 245.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 169.66 | 169.66 | 169.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 635.58 | 635.58 | 635.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 613.43 | 613.43 | 613.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 675.62 | 675.62 | 675.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 631.94 | 631.94 | 631.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 670.96 | 670.96 | 670.96 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 290.68 | 290.68 | 290.68 |
| Illinois Department of Revenue | 2820-000 | N/A | 331.00 | 331.00 | 331.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 606.37 | 606.37 | 606.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 625.03 | 625.03 | 625.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 602.96 | 602.96 | 602.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 684.85 | 684.85 | 684.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 600.41 | 600.41 | 600.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 781.49 | 781.49 | 781.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 925.72 | 925.72 | 925.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 837.70 | 837.70 | 837.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,020.65 | 1,020.65 | 1,020.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 889.53 | 889.53 | 889.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 858.12 | 858.12 | 858.12 |
| Rabobank, N.A. | 2600-000 | N/A | 663.23 | 663.23 | 663.23 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 392.56 | 392.56 | 392.56 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 41.39 | 41.39 | 41.39 |
| Rabobank, N.A. | 2600-000 | N/A | 579.51 | 579.51 | 579.51 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 598.88 | 598.88 | 598.88 |
| Rabobank, N.A. | 2600-000 | N/A | 659.83 | 659.83 | 659.83 |
| Rabobank, N.A. | 2600-000 | N/A | 638.23 | 638.23 | 638.23 |
| Rabobank, N.A. | 2600-000 | N/A | 575.61 | 575.61 | 575.61 |
| Rabobank, N.A. | 2600-000 | N/A | 677.49 | 677.49 | 677.49 |
| Rabobank, N.A. | 2600-000 | N/A | 614.92 | 614.92 | 614.92 |
| Rabobank, N.A. | 2600-000 | N/A | 593.57 | 593.57 | 593.57 |
| Rabobank, N.A. | 2600-000 | N/A | 674.56 | 674.56 | 674.56 |
| Rabobank, N.A. | 2600-000 | N/A | 571.40 | 571.40 | 571.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $116,545.58 | $116,545.58 | $116,545.58 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Department of the Treasury-IRS | 5800-000 | N/A | 400,607.00 | 0.00 | 0.00 |
| 11 | Department of Treasury/Internal Revenue | 5800-000 | N/A | 599,526.46 | 0.00 | 0.00 |
| 11 -2 | Department of Treasury/Internal Revenue | 5800-000 | N/A | 246,757.75 | 0.00 | 0.00 |
| 11 -3 | Department of Treasury/Internal Revenue | 5800-000 | N/A | 151,693.42 | 151,693.42 | 151,693.42 |
| 12 | Illinois Department of Revenue | 5800-000 | N/A | 52,439.00 | 0.00 | 0.00 |
| 12 -2 | Illinois Department of Revenue | 5800-000 | unknown | 81,791.00 | 0.00 | 0.00 |
| 12 -3 | Illinois Department of Revenue | 5800-000 | N/A | 26,980.80 | 26,980.80 | 26,980.80 |
| 13 | Department of Treasury/Internal Revenue | 5800-000 | N/A | 246,757.75 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,806,553.18 | $178,674.22 | $178,674.22 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of America Natinal Assoc | 7100-000 | N/A | 19,577,248.22 | 19,577,248.22 | 101,773.67 |
| 1 -2 | Bank of America Natinal Assoc | 7100-000 | N/A | 10,587,394.58 | 10,587,394.58 | 55,039.29 |
| 2 | Bank of America Natinal Assoc | 7100-000 | N/A | 3,734,750.62 | 3,734,750.62 | 19,415.36 |
| 3 | Bank of America Natinal Assoc | 7100-000 | N/A | 804,951.49 | 804,951.49 | 4,184.60 |
| 4 | Axis Properties LLC & Kenneth A Fixler | 7100-000 | N/A | 450,000.00 | 450,000.00 | 2,339.36 |
| 5 | Kenneth A. Fixler, Individually | 7100-000 | N/A | 450,000.00 | 450,000.00 | 2,339.36 |
| 6 | Hyde Park Bank & Trust Co | 7100-000 | N/A | 930,000.00 | 930,000.00 | 4,834.67 |
| 10 | Kaiser Investments LLC | 7200-000 | N/A | 200,000.00 | 200,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $36,734,344.91 | $36,734,344.91 | $189,926.31 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  

**Period Ending:** 04/11/14

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 03/16/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family residence, Location: 457 Ashland P  Orig. Asset Memo: Orig. Description: Single family residence, Location: 457 Ashland Place, Highland Park IL, Market value- $810,000, Debtor's interest- $405,000; Imported from original petition Doc# 10 | 810,000.00 | 810,000.00 |  | 0.00 | FA |
| 2 | CASH ON HAND  Orig. Asset Memo: Orig. Description: Location: 457 Ashland Place, Highland Park IL; Imported from original petition Doc# 10 | 200.00 | 0.00 |  | 0.00 | FA |
| 3 | Joint checking account (balance of $35.84)  Orig. Asset Memo: Orig. Description: Joint checking account (balance of $35.84); Imported from original petition Doc# 10 | 17.97 | 0.00 |  | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS  Orig. Asset Memo: Orig. Description: Location: 457 Ashland Place, Highland Park IL Appraised by RMC Industrial Sales at $3,770; Imported from original petition Doc# 10 | 1,785.00 | 0.00 |  | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS  Orig. Asset Memo: Orig. Description: Location: 457 Ashland Place, Highland Park IL; Imported from original petition Doc# 10 | 1,000.00 | 662.55 |  | 0.00 | FA |
| 6 | WEARING APPAREL AND JEWELRY  Orig. Asset Memo: Orig. Description: Ordinary assortment of men's wearing apparel Location: 457 Ashland Place, Highland Park IL; Imported from original petition Doc# 10 | 1,500.00 | 0.00 |  | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY  Orig. Asset Memo: Orig. Description: Men's watch and wedding ring; Imported from original petition Doc# 10 | 1,500.00 | 0.00 |  | 0.00 | FA |
| 8 | Retirement Accounts IRA account at Merrill Lynch  Orig. Asset Memo: Orig. Description: IRA account at Merrill Lynch; Imported from original petition Doc# 10 | 172,000.00 | 0.00 |  | 0.00 | FA |
| 9 | Retirement Account: Northern Realty Group, Ltd. | 91,445.00 | 91,445.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/21/10

**Period Ending:** 04/11/14

**Claims Bar Date:** 03/16/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Orig. Description: Vested interest in Northern Realty Group, Ltd. Profit Sharing Plan; Imported from original petition Doc# 10 | | | | | |
| 10  PENSION PLANS AND PROFIT SHARING: Merrill Lynch<br>Orig. Asset Memo: Orig. Description: 401(k) plan account held by Merrill Lynch; Imported from original petition Doc# 10 | 12,296.00 | 0.00 | | 0.00 | FA |
| 11  STOCK AND BUSINESS INTERESTS; 43.45% interest in<br>Orig. Asset Memo: Orig. Description: 43.45% interest in Lake Club Associates, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 12  STOCK AND BUSINESS INTERESTS; 30% interest in Do<br>Orig. Asset Memo: Orig. Description: 30% interest in Dover Park, Inc.; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 13  STOCK AND BUSINESS INTERESTS; 5.83% interest in<br>Orig. Asset Memo: Orig. Description: 5.83% interest in Lake's Edge Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 14  STOCK AND BUSINESS INTERESTS; 35% interest in La<br>Orig. Asset Memo: Orig. Description: 35% interest in Lake's Edge Partners, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 15  STOCK AND BUSINESS INTERESTS; 2% interest in Gre<br>Orig. Asset Memo: Orig. Description: 2% interest in Greenwood Mill Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 16  STOCK AND BUSINESS INTERESTS; 0.46% interest in | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  

**Period Ending:** 04/11/14

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 03/16/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Orig. Asset Memo: Orig. Description: 0.46% interest in Hunters Run Venture, LLC; Imported from original petition Doc# 10 | | | | | |
| 17 | STOCK AND BUSINESS INTERESTS; 30% interest in Hu <br> Orig. Asset Memo: Orig. Description: 30% interest in Hunters Run Partners, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | STOCK AND BUSINESS INTERESTS; 32.5% interest in <br> Orig. Asset Memo: Orig. Description: 32.5% interest in Northern Realty Equities, LLC (Entitled to future distributions from Shubert Hotel sale escrows); Imported from original petition Doc# 10 | 29,302.00 | 29,302.00 | | 22,582.42 | FA |
| 19 | STOCK AND BUSINESS INTERESTS; 29.5% interest in <br> Orig. Asset Memo: Orig. Description: 29.5% interest in Northern Realty Group, Ltd.; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | STOCK AND BUSINESS INTERESTS; 2.68% interest in <br> Orig. Asset Memo: Orig. Description: 2.68% interest in Homewood Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS; 32.5% interest in <br> Orig. Asset Memo: Orig. Description: 32.5% interest in Homewood Partners, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | STOCK AND BUSINESS INTERESTS; 1.62% interest in <br> Orig. Asset Memo: Orig. Description: 1.62% interest in Tinley Park Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | STOCK AND BUSINESS INTERESTS; 30% interest | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20074  **Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE
**Case Name:** TOBIN, MICHAEL  **Filed (f) or Converted (c):** 05/03/10 (f)
 **§341(a) Meeting Date:** 06/21/10
**Period Ending:** 04/11/14  **Claims Bar Date:** 03/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | in Ti<br>   Orig. Asset Memo: Orig. Description: 30% interest in Tinley Park Partners, LLC; Imported from original petition Doc# 10 | | | | | |
| 24 | STOCK AND BUSINESS INTERESTS; 0.81% interest in<br>   Orig. Asset Memo: Orig. Description: 0.81% interest in Woodland Meadows Venture, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS; 32.5% interest in<br>   Orig. Asset Memo: Orig. Description: 32.5% interest in Woodland Meadows Manager, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | STOCK AND BUSINESS INTERESTS; 16.25% interest in<br>   Orig. Asset Memo: Orig. Description: 16.25% interest in Deerfield Development Company, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | STOCK AND BUSINESS INTERESTS; 16.25% interest in<br>   Orig. Asset Memo: Orig. Description: 16.25% interest in Beverly Place, LLC; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Michael Tobin Living Trust Holds bank account as<br>   Orig. Asset Memo: Orig. Description: Michael Tobin Living Trust Holds bank account as sole asset; Imported from original petition Doc# 10 | 159.58 | 0.00 | | 0.00 | FA |
| 29 | 2002 Audi A6 2.7T<br>   Orig. Asset Memo: Orig. Description: 2002 Audi A6 2.7T; Imported from original petition Doc# 10 | 7,155.00 | 4,755.00 | | 0.00 | FA |
| 30 | 2006 Audi A6 4.2<br>   Orig. Asset Memo: Orig. Description: 2006 Audi A6 4.2; Imported from original petition Doc# 10 | 21,976.00 | 21,976.00 | | 0.00 | FA |
| 31 | Deposit with IRS for estimated 2009 and 2010 inc | 401,482.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  

**Period Ending:** 04/11/14

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 03/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: Deposit with IRS for estimated 2009 and 2010 income tax liability; Imported from original petition Doc# 10. This assset has been treated in #33 and #35 below. This asset cannot be deleted so the Trustee has made her value as zero. This was listed as a deposit and not as a refund and the Trustee has now scheduled it as a refund and has received funds as evidenced in 33 below. |  |  |  |  |  |
| 32 | Deposit with IDR for estimated 2009 and 2010 inc<br>Orig. Asset Memo: Orig. Description: Deposit with IDR for estimated 2009 and 2010 income tax liability; Imported from original petition Doc# 10 | 47,689.00 | 47,689.00 |  | 0.00 | FA |
| 33 | 2009 Tax Refund  (u) | 401,482.00 | 200,000.00 |  | 223,694.50 | FA |
| 34 | 2005-2007 Tax refund  (u) | 79,719.00 | 79,719.00 |  | 84,124.52 | FA |
| 35 | IRS tax 2010 deposit | 2,578.12 | 2,578.12 |  | 0.00 | FA |
| 36 | IDOR tax 2010 deposit | 994.25 | 994.25 |  | 0.00 | FA |
| 37 | Tax Refund--Non Debtor Wife's Claim | 0.00 | 0.00 |  | 154,686.91 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 57.76 | FA |
| 38 | Assets   Totals (Excluding unknown values) | **$2,084,280.92** | **$1,289,120.92** |  | **$485,146.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS:  THE TRUSTEE HAS PURSUED CERTAIN TAX ASSETS WITH THE DEBTOR AND HAS BEEN SUCCESSFUL.  IN ADDITION CERTAIN INTERESTS IN REAL ESTATE ARE BEING LIQUIDATED THAT ARE YIELDING FUNDS.  THE TRUSTEE IS IN THE MIDDLE OF HER LIQUIDATION OF ASSETS.
    THE TRUSTEE HAS RESOLVED TAX REFUND ISSUES WITH THE NONDEBTOR SPOUSE.  THE TRUSTEE FILED HER FINAL REPORT IN DECEMBER 31, 2013.  SHE IS CURRENTLY MAKING DISTRIBUTIONS.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012          **Current Projected Date Of Final Report (TFR):**     December 12, 2013  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  

**Taxpayer ID #:** **-***5241  
**Period Ending:** 04/11/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******32-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/10 | {18} | Northern Realty Equities LLC | Payment of Monies held in Escrow | 1129-000 | 13,000.00 | | 13,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 13,000.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,000.12 |
| 11/29/10 | {33} | Michael Tobin | Tax Refund | 1224-000 | 200,347.00 | | 213,347.12 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 213,347.39 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.43 | | 213,352.82 |
| 01/07/11 | {33} | Tobin-IDOR | Tax Refund | 1224-000 | 23,347.50 | | 236,700.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.85 | | 236,706.17 |
| 02/04/11 | {18} | Northern Realty Equities | Funds received on LLC Interest | 1129-000 | 9,582.42 | | 246,288.59 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-20074, Bond Premium Voided on 02/04/11 | 2300-000 | | ! 649.06 | 245,639.53 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-20074, Bond Premium Voided: check issued on 02/04/11 | 2300-000 | | ! -649.06 | 246,288.59 |
| 02/04/11 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-20074, Bond Premiums | 2300-000 | | 245.54 | 246,043.05 |
| 02/22/11 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Fees | 3110-000 | | 18,900.00 | 227,143.05 |
| 02/22/11 | 1004 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Expenses | 3120-000 | | 360.99 | 226,782.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.52 | | 226,787.58 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.77 | | 226,793.35 |
| 04/20/11 | {34} | Michael Tobin Living Trust | Tax Refund | 1224-000 | 82,816.22 | | 309,609.57 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.27 | | 309,615.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 7.87 | | 309,623.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.54 | | 309,626.25 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.62 | | 309,628.87 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.62 | | 309,631.49 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 721.05 | 308,910.44 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -551.39 | 309,461.83 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.53 | | 309,464.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 635.58 | 308,828.78 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.62 | | 308,831.40 |

Subtotals :   $329,143.17   $20,311.77

{} Asset reference(s)          !-Not printed or not transmitted                Printed: 04/11/2014 04:01 PM     V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-20074 | | Trustee: | ILENE F. GOLDSTEIN AS TRUSTEE (330290) |
|---|---|---|---|---|
| Case Name: | TOBIN, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******32-65 - Checking Account |
| Taxpayer ID #: | **-***5241 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/11/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 613.43 | 308,217.97 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.52 | | 308,220.49 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 675.62 | 307,544.87 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.61 | | 307,547.48 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 631.94 | 306,915.54 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.60 | | 306,918.14 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 670.96 | 306,247.18 |
| 02/15/12 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #10-20074, 2012-2013 Bond Premium | 2300-000 | | 290.68 | 305,956.50 |
| 02/15/12 | 1006 | Illinois Department of Revenue | Bankruptcy Estate Tax Liability | 2820-000 | | 331.00 | 305,625.50 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 606.37 | 305,019.13 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 625.03 | 304,394.10 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 602.96 | 303,791.14 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 684.85 | 303,106.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 600.41 | 302,505.88 |
| 07/17/12 | {37} | Michael/Nancy Tobin | Settlement of Tax Refund of Wife's Interest | 1124-000 | 135,455.81 | | 437,961.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 781.49 | 437,180.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 925.72 | 436,254.48 |
| 09/19/12 | {34} | IDOR written on Shaw Gussis Account | 2005 State carry Back Settlement Agreement | 1224-000 | 1,308.30 | | 437,562.78 |
| 09/25/12 | {37} | Nanct Tobin Living Trust/IDOR | Tax refund 2006-2007 | 1124-000 | 19,231.10 | | 456,793.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 837.70 | 455,956.18 |
| 10/19/12 | 1007 | Arnstein & Lehr L.L.C. | Interim Attorneys fees | 3210-000 | | 20,771.50 | 435,184.68 |
| 10/19/12 | 1008 | Arnstein & Lehr L.L.C. | Interim Expenses | 3220-000 | | 69.30 | 435,115.38 |
| 10/19/12 | 1009 | Wisconsin Department of Revenue | INCOME TAX Voided on 10/19/12 | 2810-000 | | 1,014.00 | 434,101.38 |
| 10/19/12 | 1009 | Wisconsin Department of Revenue | INCOME TAX Voided: check issued on 10/19/12 | 2810-000 | | -1,014.00 | 435,115.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,020.65 | 434,094.73 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 889.53 | 433,205.20 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 858.12 | 432,347.08 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 432,347.08 | 0.00 |

Subtotals :  $156,002.94    $464,834.34

{} Asset reference(s)

Printed: 04/11/2014 04:01 PM   V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******32-65 - Checking Account  

**Taxpayer ID #:** **-***5241  
**Period Ending:** 04/11/14  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 485,146.11 | 485,146.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 432,347.08 | |
| | | | **Subtotal** | | 485,146.11 | 52,799.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$485,146.11** | **$52,799.03** | |

{} Asset reference(s)

Printed: 04/11/2014 04:01 PM V.13.15

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  
**Taxpayer ID #:** **-***5241  
**Period Ending:** 04/11/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0065 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 432,347.08 | | 432,347.08 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 663.23 | 431,683.85 |
| 02/26/13 | 11010 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #10-20074, Bond Number 016026455 | 2300-000 | | 392.56 | 431,291.29 |
| 02/26/13 | 11011 | ILLINOIS DEPARTMENT OF REVENUE | Income Tax | 2820-000 | | 41.39 | 431,249.90 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 579.51 | 430,670.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 598.88 | 430,071.51 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.83 | 429,411.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 638.23 | 428,773.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 575.61 | 428,197.84 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 677.49 | 427,520.35 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.92 | 426,905.43 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.57 | 426,311.86 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 674.56 | 425,637.30 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 571.40 | 425,065.90 |
| 01/14/14 | 11012 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $31,181.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,281.00 | 412,784.90 |
| 01/14/14 | 11013 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $486.05, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 125.06 | 412,659.84 |
| 01/14/14 | 11014 | Arnstein & Lehr LLP | Dividend paid 100.00% on $23,183.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,411.50 | 410,248.34 |
| 01/14/14 | 11015 | Arnstein & Lehr LLP | Dividend paid 100.00% on $1,609.80, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 1,540.50 | 408,707.84 |
| 01/14/14 | 11016 | PBG Financial Services Inc | Dividend paid 100.00% on $12,600.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 12,600.00 | 396,107.84 |
| 01/14/14 | 11017 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $27,507.31, Trustee Compensation; Reference: | 2100-000 | | 27,507.31 | 368,600.53 |
| 01/14/14 | 11018 | Department of Treasury/Internal Revenue Service | Dividend paid 100.00% on $151,693.42; Claim# 11 -3; Filed: $151,693.42; Reference: | 5800-000 | | 151,693.42 | 216,907.11 |
| 01/14/14 | 11019 | Illinois Department of Revenue | Dividend paid 100.00% on $26,980.80; Claim# 12 -3; Filed: $26,980.80; Reference: | 5800-000 | | 26,980.80 | 189,926.31 |

Subtotals : $432,347.08 $242,420.77

{} Asset reference(s)

Printed: 04/11/2014 04:01 PM V.13.15

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-20074  
**Case Name:** TOBIN, MICHAEL  

**Taxpayer ID #:** **-***5241  
**Period Ending:** 04/11/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0065 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/14 | 11020 | Bank of America Natinal Assoc | Dividend paid  0.51% on $19,577,248.22; Claim# 1; Filed: $19,577,248.22; Reference: | 7100-000 | | 101,773.67 | 88,152.64 |
| 01/14/14 | 11021 | Bank of America Natinal Assoc | Dividend paid  0.51% on $10,587,394.58; Claim# 1 -2; Filed: $10,587,394.58; Reference: | 7100-000 | | 55,039.29 | 33,113.35 |
| 01/14/14 | 11022 | Bank of America Natinal Assoc | Dividend paid  0.51% on $3,734,750.62; Claim# 2; Filed: $3,734,750.62; Reference: | 7100-000 | | 19,415.36 | 13,697.99 |
| 01/14/14 | 11023 | Bank of America Natinal Assoc | Dividend paid  0.51% on $804,951.49; Claim# 3; Filed: $804,951.49; Reference: | 7100-000 | | 4,184.60 | 9,513.39 |
| 01/14/14 | 11024 | Axis Properties LLC & Kenneth A Fixler | Dividend paid  0.51% on $450,000.00; Claim# 4; Filed: $450,000.00; Reference: | 7100-000 | | 2,339.36 | 7,174.03 |
| 01/14/14 | 11025 | Kenneth A. Fixler, Individually | Dividend paid  0.51% on $450,000.00; Claim# 5; Filed: $450,000.00; Reference: | 7100-000 | | 2,339.36 | 4,834.67 |
| 01/14/14 | 11026 | Hyde Park Bank & Trust Co | Dividend paid  0.51% on $930,000.00; Claim# 6; Filed: $930,000.00; Reference: | 7100-000 | | 4,834.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 432,347.08 | 432,347.08 | $0.00 |
| | | | Less: Bank Transfers | | 432,347.08 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 432,347.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $432,347.08 | |

Net Receipts :   485,146.11  
Net Estate :   $485,146.11  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******32-65 | 485,146.11 | 52,799.03 | 0.00 |
| Checking # ******0065 | 0.00 | 432,347.08 | 0.00 |
| | $485,146.11 | $485,146.11 | $0.00 |

{} Asset reference(s)    Printed: 04/11/2014 04:01 PM    V.13.15